| | |
|---|---|
| 1 | DANIEL H. BOOKIN (S.B. #78996) |
| 2 | dbookin@omm.com<br>RANDALL W. EDWARDS (S.B. #179053) |
| 3 | redwards@omm.com<br>DIXIE NOONAN (S.B. #257786) |
| 4 | dnoonan@omm.com<br>O'MELVENY & MYERS LLP |
| 5 | Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823 |
| 6 | Telephone: (415) 984-8700 |
| 7 | Facsimile: (415) 984-8701 |
| 8 | Attorneys for Defendant<br>Bank of America, N.A. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. et al.,<br><br>Defendants. | Case No. 3:13-cv-01171-JSW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Bank of America, N.A. ("Bank of America") hereby submits this NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER.

1. Bank of America moves the Court to permit the withdrawal of Daniel H. Bookin, Randall W. Edwards and Dixie Noonan as counsel of record for Bank of America in this matter, Case No. 3:13-cv-01171-JSW.

2. There is no prejudice to any party by the proposed withdrawal, as Sean Commons of Sidley Austin LLP now represents Bank of America in this matter. (*See* ECF No. 12.) Pursuant to Local Rule 11-5, notice of this intended withdrawal of counsel has been provided to all counsel of record and to Bank of America.

Bank of America hereby requests that the Court grant this motion and remove Daniel H. Bookin, Randall W. Edwards and Dixie Noonan as counsel of record in this matter and order that they be removed from any service lists.

Dated: April 19, 2013

DANIEL H. BOOKIN
RANDALL W. EDWARDS
DIXIE NOONAN
O'MELVENY & MYERS LLP

By: /s/ Randall W. Edwards
Randall W. Edwards
Attorneys for Defendant
Bank of America, N.A.

NOTICE OF WITHDRAWAL OF COUNSEL
AND [~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

Bank of America's request to withdraw as counsel is hereby **GRANTED**. The Clerk of the Court is directed to remove Daniel H. Bookin, Randall W. Edwards and Dixie Noonan from the service list in this matter, Case No. 3:13-cv-01171-JSW.

**IT IS SO ORDERED.**

Dated: April 19, 2013

*[signature]*

Hon. Jeffrey S. White
United States District Judge
Northern District of California

NOTICE OF WITHDRAWAL OF COUNSEL
AND [PROPOSED] ORDER