IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN L GILBERT,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

No. C 13-01171 JSW

**ORDER VACATING HEARING ON MOTION TO REMAND AND CASE MANAGEMENT CONFERENCE**

Plaintiff's motion to remand is scheduled to be heard on May 31, 2013. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing on the motion, and the Court will issue a written ruling in due course. The Court also VACATES the initial case management conference scheduled for June 21, 2013, and it shall reschedule the case management conference, if necessary, in its order on the motion to remand.

**IT IS SO ORDERED.**

Dated: May 21, 2013

                                   JEFFREY S. WHITE
                                   UNITED STATES DISTRICT JUDGE