IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L GILBERT,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants.<br>_____ / | No. C 13-01171 JSW<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**(Docket No. 33.)** |

The Court has read and considered the administrative motion to continue the case management conference filed by the Money Mutual Defendants, Plaintiff's opposition thereto, and Defendants' reply. (Docket No. 33.) The Court finds good cause to GRANT Defendants' request. Although Plaintiff argues that the Court should order the parties to participate in the early meeting of counsel, so that he can begin discovery, he has not demonstrated why discovery is necessary when the case is not yet at issue. Accordingly, Plaintiff's request to order the parties to commence the meet and confer process required by Federal Rule of Civil Procedure 26 is DENIED. Accordingly, the Court CONTINUES the case management conference to December 13, 2013 at 9:00 a.m., immediately following the hearing on the motions to dismiss.

//

//

//

//

If Plaintiff amends the complaint, thereby mooting those motions, the Court shall issue a clerk's notice moving the case management conference to December 13, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 1, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE