IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN L GILBERT,

    Plaintiff,

v.

BANK OF AMERICA, et al.,

    Defendants.

No. C 13-01171 JSW

**ORDER TERMINATING MOTIONS IN LIGHT OF AMENDED COMPLAINT**

This matter is scheduled for a motion hearing on December 13, 2013, to consider motions to dismiss filed by a number of Defendants in this case. (Docket Nos. 22, 24, 25.) Plaintiff has filed a timely amended complaint in response to those motions. Accordingly, the Court TERMINATES the motions as moot. The hearing set for December 13, 2013 is VACATED.

    **IT IS SO ORDERED.**

Dated: October 11, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE