IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN L GILBERT,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

No. C 13-01171 JSW

**ORDER STRIKING OVERSIZED BRIEFS**

**(Docket Nos. 49, 60.)**

On November 22, 2013, the "Money Mutual Defendants" and Montel Williams filed a motion to dismiss that exceeds this Court's page limits. (*See* Civil Standing Order ¶ 7.) On December 5, 2013, Plaintiff filed an opposition brief that also exceeds this Court's page limits. (*See id.*) The parties did not seek leave of Court to file oversize briefs. Accordingly, the Court STRIKES these oversized briefs for failure to comply with this Court's page limitations. This Order terminates Docket No. 49.

**IT IS SO ORDERED.**

Dated: December 9, 2013

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE