IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L GILBERT,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 13-01171 JSW<br><br>**ORDER CONTINUING HEARINGS ON MOTIONS TO DISMISS**<br><br>**(Docket Nos. 48, 50, 64)** |

Defendants have filed motions to dismiss which are scheduled for hearings on January 17, 2014, January 24, 2014 and February 7, 2014. The Court HEREBY CONTINUES the hearing set for January 17, 2014 (Docket Nos. 48 and 50) and the hearing set for January 24, 2014 (Docket No. 64) to February 7, 2014, so that all the motions can be considered together. This Order shall not alter the briefing scheduled for the motion to dismiss filed at Docket No. 64, and the Defendants reply remains due on January 10, 2014.

If the Court finds any of the motions suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: January 6, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE