IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN L GILBERT,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

No. C 13-01171 JSW

**ORDER RE DECLARATION OF AARON SHOAF AND EXHIBITS THERETO**

On September 19, 2013, Defendant Aaron Shoaf filed a declaration in support of his first motion to dismiss for lack of personal jurisdiction. (*See* Docket No. 25-3.) Mr. Shoaf relies on that declaration in support of his renewed motion to dismiss. Upon a review of the declaration, it appears that materials that may be subject to the attorney-client privilege or the work product documents may be attached to the declaration that was publicly filed with the Court. (*Id.* at ECF pages 38-40.) The Court has temporarily restricted access to this document, pending a further order from the Court. Defendant Shoaf is HEREBY ORDERED TO SHOW CAUSE, in writing, by no later than February 19, 2014, why those pages of the document should not be filed in the public record. There shall be no response from Plaintiffs, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: February 11, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE