DONALD J. PUTTERMAN (BAR NO. 90822)
MICHELLE L. LANDRY (BAR NO. 190080)
PUTTERMAN LOGAN LLP
580 California Street, 12th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California  94596

Tel:  (415) 839-8779
Fax: (415) 376-0956
E-mail: dputterman@plglawyers.com

Attorneys for Specially-Appearing Defendants
Aaron Shoaf and Effective Marketing Solutions, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, on behalf of himself and all persons similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BANK OF AMERICA, N.A. et al.,<br><br>                    Defendants. | No.   3:13-cv-01171-JSW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |

1      Having considered Specially-Appearing Defendant Aaron Shoaf's Response to the Court's

2  Order Re Declaration of Aaron Shoaf and Exhibits Thereto,

3      IT IS HEREBY ORDERED that the document incorrectly filed as Docket No. 25-3 be

4  removed from the Court's record.

5  Dated: February 24, 2014

Hon. Jeffrey S. White
United States District Judge