United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN L GILBERT, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, et al.,

    Defendants.
_____/

No. C 13-01171 JSW

**ORDER REQUIRING CHAMBERS COPIES**

This matter has been reassigned to the undersigned Judge. Defendants have filed motions to dismiss (Docket Nos. 48, 50, 64, 72 and 104). The Court HEREBY ORDERS the parties to submit chambers copies of all motions, oppositions and reply briefs by no later than July 11, 2014, including any materials that have been filed under seal. The Court shall not require the parties to submit redacted versions of any briefs that have been filed under seal.

**IT IS SO ORDERED.**

Dated: July 2, 2014

                                       _____
                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE