IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN L GILBERT,

    Plaintiff,

v.

BANK OF AMERICA,

    Defendant.

    /

No. C 13-01171 JSW

**ORDER RE COVER LETTER**

On July 11, 2014, the "Cane Bay" Defendants submitted chambers copies of the briefs filed in connection with their motion to dismiss. The cover letter accompanying those briefs, includes what the Court construes as additional argument in support of the motion.

The Court HEREBY ADVISES the parties that it does not accept letter briefs. Further, the proper way to bring additional authorities to the Court's attention is not by way of a cover letter that is not included in the record. Rather, parties should follow the procedures set forth in the Northern District Civil Local Rules. Accordingly, although the Court will have the cover letter electronically filed for the record, it has not considered the material set forth in the second or third paragraphs of that letter.

**IT IS SO ORDERED.**

Dated: July 21, 2014

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE