IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L GILBERT, et al., | No. C 13-01171 JSW |
| Plaintiffs, | **ORDER VACATING HEARING ON MOTIONS TO DISMISS** |
| v. | |
| BANK OF AMERICA, et al., | **(Docket Nos. 48, 50, 64, 72, 104)** |
| Defendants. | |

This matter is scheduled for a motion hearing on September 5, 2014. The Court finds the motions to dismiss suitable for disposition without oral argument, and it HEREBY VACATES the hearing. *See* N.D. Civ. L.R. 7-1(b). The motions are deemed submitted, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: September 2, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE