UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SEAN L. GILBERT, et al., | No. C 13-01171 JSW (LB) |
| Plaintiffs, | **NOTICE OF REFERRAL AND ORDER** |
| v. | |
| BANK OF AMERICA, et al., | [Re: ECF No. 132] |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned. Order on Motions To Dismiss for Lack of Personal Jurisdiction and Order of Referral, ECF No. 132. The parties shall comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: September 25, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-01171 JSW (LB)
NOTICE OF REFERRAL AND ORDER