**BUSBY & ZAPPALA LLP**
RALPH A. ZAPPALA, SB# 102052
    E-Mail: rzappala@bzlawllp.com
251 Lafayette Circle, Suite 350
Lafayette, California 94549
Telephone: 925-299-9600
Facsimile: 510-914-6805

**WALLACE SAUNDERS**
Paul M. Croker, *Pro Hac Vice*
    E-Mail: pcroker@wallacesaunders.com
10111 West 87th Street
Overland Park, Kansas 66212
Telephone: 913.888.1000
Facsimile: 913.888.1065

Attorneys for Defendant,
RARE MOON MEDIA, LLC;
JEREMY SHAFFER; BRAD LEVENE;
LINDSEY COKER AND JOSH MITCHEM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEAN L. GILBERT, et al.<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | CASE NO. CV-13-01171-JSW (LB)<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE COURT AND TO ALL PARTIES OF RECORD IN THE HEREIN ACTION:**

NOTICE IS HEREBY GIVEN that effective October 1, 2014, the new handling attorney for Defendants RARE MOON MEDIA, LLC, JEREMY SHAFFER, BRAD LEVENE, LINDSEY COKER AND JOSH MITCHEM in this matter is Ralph A. Zappala of Busby & Zappala LLP, 251 Lafayette Circle, Suite 350, Lafayette, California 94549; Tel.: (925) 299-9600; Fax: (925) 299-9608; E-mail: rzappala@bzlawllp.com.

1  All notices, pleadings, discovery, correspondence and other communications should
2  be directed to Ralph A. Zappala at Busby & Zappala LLP.  Please update your service list
3  accordingly.

4  DATED: October 1, 2014                LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6
                                        By:      /s/ Ralph A. Zappala
7                                             Ralph A. Zappala
                                              Attorneys for Defendant, RARE MOON
8                                             MEDIA, LLC;  JEREMY SHAFFER; BRAD
9                                             LEVENE;  LINDSEY COKER AND JOSH
                                              MITCHEM
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28