**LAKESHORE LAW CENTER**
Jeffrey Wilens, Esq. (State Bar No. 120371)
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
714-854-7205
714-854-7206 (fax)
jeff@lakeshorelaw.org

**THE SPENCER LAW FIRM**
Jeffrey P. Spencer, Esq. (State Bar No. 182440)
903 Calle Amanecer, Suite 220
San Clemente, CA 92673
949-240-8595
949-240-8515 (fax)
jps@spencerlaw.net

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN L. GILBERT, et. al. | ) Case No. CV-13-01171-JSW |
| | ) Complaint filed February 11, 2013 |
| | ) Trial Date: |
| | ) Pre-Trial Date: |
| Plaintiffs, | ) Discovery Cut-Off: |
| | ) |
| v. | ) **Class Action** |
| | ) **PLAINTIFFS' NOTICE OF** |
| BANK OF AMERICA, N.A., | ) **ASSOCIATION OF COUNSEL** |
| et. al., | ) |
| | ) Hearing Date: |
| | ) Department 5 |
| Defendants. | ) Hon. Jeffrey S. White, District Judge |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

Please take notice that the following attorney is associated as co-counsel for Plaintiffs and should be included the CM/ECF registry.

1
PLAINTIFFS' NOTICE OF ASSOCIATION OF COUNSEL CV-13-01171-JSW

Law Offices of Andrew C. Simpson P.C.

Mr. Andrew C. Simpson, Esq.

2191 Church St., Ste. 5

Christiansted, St. Croix

U.S. Virgin Islands 00820

340-719-3900 (phone)

340-719-3903 (fax)

asimpson@coralbrief.com

DATED: October 13, 2014

                          Respectfully submitted,

                          By     _/s/_Jeffrey Wilens_____

                              JEFFREY WILENS
                              Attorney for Plaintiffs

| | |
|---|---|
| PARTY SERVED: | Defendants MoneyMutual, LLC, Montel Williams, Selling Source, LLC, Glenn McKay, London Bay Capital LLC, TSS Acquisition Company, LLC, Partner Weekly LLC, John Hashman, Brian Rauch, through their attorney of record, Putterman Logan LLP, Mr. Donald J. Putterman, Esq., Ms. Michelle I. Landry, Esq., Ms. Melanie King, Esq., Ms. Susie Arzave, Esq., 2175 North California Blvd., Suite 805, Walnut Creek, CA 94596.<br>SERVED BY EMAIL TO:<br>dputterman@plglawyers.com<br>mlandry@plglawyers.com<br>mking@plglawyers.com<br>sarzave@plglawyers.com<br><br>Defendants Rare Moon Media, LLC, Jeremy Shaffer, Brad Levene, Lindsey Coker, Josh Mitchem, through their attorney of record, Wallace Saunders, Mr. Paul M. Croker, Esq., Mr. Daniel Press, Esq., Ms. Susan Davis, Esq., 10111 West 87th Street, Overland Park, Kansas 66212 AND<br>Busby & Zappala LLP, Mr. Ralph A. Zappala, Esq., 251 Lafayette Circle, Suite 350, Lafayette, California 94549.<br>SERVED BY EMAIL TO:<br>PCroker@WallaceSaunders.com<br>dpress@wallacesaunders.com<br>sbowling@wallacesaunders.com<br>rzappala@bzlawLLP.com<br><br>Defendants M. Mark High, Ltd., ISG International, Cane Bay Partners VI, LLLP, Cane Bay Partners VI, LLC, Interactive Services Group, David A. Johnson, and Sarah Reardon through their attorney of record, Akin Gump Strauss Hauer & Feld LLP, Mr. Reginald D. Steer, Esq., Ms. Ashley B. Vinson, Esq., Ms. Danielle Crockett, Esq., 580 California Street, Suite 1500, San Francisco, CA 94104.<br>SERVED BY EMAIL TO:<br>rsteer@AKINGUMP.com<br>dcrockett@akingump.com<br>avinson@akingump.com |
| DOCUMENT SERVED: | Plaintiff Gilbert's Notice of Association of Counsel-- Plaintiff Sean L. Gilbert, et. al. v. Bank of America, N.A., et. al., United States District Court for the Northern District of California, Case No. CV-13-01171-VC. |

DECLARATION OF ELECTRONIC SERVICE

I am a citizen of the United States and a resident of Orange County, State of California. I am over the age of 18 years and not a party to this action within. My business address is 18340 Yorba Linda Blvd., Suite 107-610, Yorba Linda, CA 92886.

On October 13, 2014, I served the foregoing document described by emailing it to each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error.

I declare under penalty of perjury and under the laws of the State of California, that the foregoing is true and correct. Executed this 13th day of October 2014 at Yorba Linda, California.

*Jeffrey Wilens*

Jeffrey Wilens