# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

**Date:** November 26, 2014

**CV 13-1171-JSW (LB)**

  Gilbert   v   Bank of America, N.A., et al.

Plaintiff Attorney(s):        Jeffrey N. Wilens
Defendant Attorney(s):        Paul M. Croker

Deputy Clerk: **Melinda K. Lozenski**            Time: 8 minutes
                                                 Reporter: **FTR: 11:43-11:51 a.m.**

**PROCEEDINGS:**                                 **RULING:**

1.  Telephonic Discovery Hearing                      Held
2.  

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Discovery hearing held. Court will issue fuller Order. Court ordered a three-hour deposition.

(X) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court X

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO_____   for _____

Notes: