**LAKESHORE LAW CENTER**
**Jeffrey Wilens, Esq. (State Bar No. 120371)**
**18340 Yorba Linda Blvd., Suite 107-610**
**Yorba Linda, CA 92886**
**714-854-7205**
**714-854-7206 (fax)**
**jeff@lakeshorelaw.org**

**THE SPENCER LAW FIRM**
**Jeffrey P. Spencer, Esq. (State Bar No. 182440)**
**903 Calle Amanecer, Suite 220**
**San Clemente, CA 92673**
**949-240-8595**
**949-240-8515 (fax)**
**jps@spencerlaw.net**

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## OAKLAND DIVISION

| | |
|---|---|
| SEAN L. GILBERT, et. al. | ) Case No. CV-13-01171-JSW |
| | ) Complaint filed February 11, 2013 |
| | ) Trial Date: |
| | ) Pre-Trial Date: |
| Plaintiffs, | ) Discovery Cut-Off: |
| | ) |
| v. | ) **Class Action** |
| | ) |
| BANK OF AMERICA, N.A., et. al., | ) **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) **ORDER TO CONTINUE DEADLINE** |
| | ) **FOR PARTIES' BRIEFS ON** |
| | ) **MOTION TO COMPEL** |
| | ) **ARBITRATION** |
| | ) Hearing Date: |
| | ) Department 5 |
| Defendants. | ) Hon. Jeffrey S. White, District Judge |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

Plaintiffs Dinah Pham, Paula Bernal and Mary F. Bailey (collectively "Plaintiffs") on the one hand, and Defendants Rare Moon Media, LLC, Jeremy Shaffer, Brad Levene, Lindsey Coker, and Josh Mitchem on the other hand, by and through their respective counsel of record, hereby respectfully stipulate to change the deadlines for the Opposition and Reply Papers concerning pending Motion to Compel Arbitration (Doc. 136.)

The Motion was filed on November 12, 2014 with a hearing date of January 9, 2015. The Opposition is due November 26, 2014. The Motion is supported by the Declaration of non-party David Odell a resident of the State of Missouri and President of non-party Summit Computer Solutions, Inc.. Mr. Odell purports to authenticate the copies of the arbitration agreements attached to the Motion to Compel. Plaintiffs requested whether Defendants would object to Plaintiffs taking the deposition of Mr. Odell in conjunction with the Defendants' pending motion to compel arbitration and Defendants stated that they would object to the deposition.

The Parties submitted a Joint Discovery Letter Brief to Magistrate Judge Beeler on November 24, 2014. (Doc. 137.) However, Plaintiffs will not have time to draft their Opposition by November 26th, especially if a deposition must be conducted in Missouri. Therefore, the Parties have stipulated to continue the Opposition and Reply deadlines on the Motion to Compel as follows:

1) If Judge Beeler denies the discovery request, the Opposition will be due December 8th and the Reply one week later.

2) If Judge Beeler grants the discovery request, or does not rule by December 8th, the Opposition will be due December 15th and the Reply one week later.

3) The Parties reserve the right to request further changes in the briefing schedule if the deposition cannot be conducted in time.

4) The scheduled hearing date of January 9, 2015 can remain if that is acceptable to the Court.

Dated: November 25, 2014    WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS

By _____
Paul M. Croker

Attorneys For Defendants Rare Moon Media, LLC, Jeremy Shaffer, Brad Levene, Lindsey Coker, and Josh Mitchem

Dated: November 25, 2014    LAKESHORE LAW CENTER

By _____
Jeffrey Wilens

Attorneys For Plaintiffs
Dinah Pham, Paula Bernal and Mary F. Bailey

## [PROPOSED] ORDER

Plaintiffs' deadline for filing a response to Rare Moon Defendants' Motion to Compel Arbitration is hereby continued to December 8, 2014 if Magistrate Judge Beeler denies the pending request to depose Mr. Odell and is continued to December 15, 2014 is Magistrate Judge Beeler has not ruled by December 8th or if the request to depose is granted. Defendants' Reply shall be due 7 days after the Opposition is filed. The hearing date of January 9, 2015 shall remain.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1  Dated: <u>  December 1     </u>, 2014         <u>/s/ Jeffrey S. White</u>
2                                                 The Honorable Jeffrey S. White
                                                  United States District Judge
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
4
STIPULATION AND ~~PROPOSED~~ ORDER CV-13-01171-JSW