United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN L GILBERT, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, et al.,

    Defendant.
                                    /

No. C 13-01171 JSW

**ORDER TAKING MOTION TO SEAL UNDER ADVISEMENT AND ORDER DIRECTING PLAINTIFFS TO RE-FILE DOCKET NO. 145**

On December 9, 2014, the Cane Bay Defendants filed an Administrative Motion to Seal portions of their supplemental brief and evidentiary submissions, in support of their motion to dismiss for lack of personal jurisdiction. (Docket No. 144.) On December 15, 2014, Plaintiffs filed an opposition to that motion. (Docket No. 146.) The Court shall defer ruling on any such motions to seal until the motion to dismiss is ripe. However, the Court advises all parties that only facts shall be sealed. In that respect, the Cane Bay Defendants' pending motion to seal is overbroad, because it also seeks to seal the citations to the record that support the factual statements that they seek to seal.

Plaintiffs also have filed their opposition to the Rare Moon Defendants' motion to compel arbitration. Plaintiffs did not electronically file each item submitted in opposition to the motion to dismiss separately. Rather, all documents are subsumed within Docket No. 145. The Court HEREBY ORDERS Plaintiffs to re-file their opposition and supporting declarations to the motion to compel arbitration, so that the opposition and any supporting declarations are identified as separate documents in the record, by no later than December 19, 2014.

**This shall not alter the deadline by which the Rare Moon Defendants' reply brief is due.** The Court refers Plaintiffs to the Cane Bay Defendants' filing at Docket No. 144 as an exemplar. Alternatively, Plaintiffs may file their brief and any supporting declaration or declarations as separate docket entries.

**IT IS SO ORDERED.**

Dated: December 16, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2