**LAKESHORE LAW CENTER**
**Jeffrey Wilens, Esq. (State Bar No. 120371)**
**18340 Yorba Linda Blvd., Suite 107-610**
**Yorba Linda, CA 92886**
**714-854-7205**
**714-854-7206 (fax)**
**jeff@lakeshorelaw.org**

**THE SPENCER LAW FIRM**
**Jeffrey P. Spencer, Esq. (State Bar No. 182440)**
**903 Calle Amanecer, Suite 220**
**San Clemente, CA 92673**
**949-240-8595**
**949-240-8515 (fax)**
**jps@spencerlaw.net**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA,

# OAKLAND DIVISION

| | |
|---|---|
| SEAN L. GILBERT, et. al. | ) Case No. CV-13-01171-JSW |
| | ) Complaint filed February 11, 2013 |
| | ) Trial Date: |
| | ) Pre-Trial Date: |
| Plaintiffs, | ) Discovery Cut-Off: |
| | ) |
| v. | ) **Class Action** |
| | ) |
| BANK OF AMERICA, N.A., et. al., | ) **STIPULATION AND** ~~**PROPOSED**~~ |
| | ) **ORDER TO TRAIL START TIME** |
| | ) **ON ORAL ARGUMENT FOR** |
| | ) **JANUARY 9, 2015 HEARING TO** |
| | ) **9:45 a.m.** |
| | ) Hearing Date: January 9, 2015, 9:00am |
| | ) Department 5 |
| Defendants. | ) Hon. Jeffrey S. White, District Judge |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

1

Plaintiffs Dinah Pham, Paula Bernal and Mary F. Bailey (collectively "Plaintiffs") requested Defendants Rare Moon Media, LLC, Jeremy Shaffer, Brad Levene, Lindsey Coker, and Josh Mitchem (collectively "Rare Moon Defendants") to stipulate to change the oral argument start time for January 9, 2015 from 9:00 a.m. to 9:45 a.m. and the Rare Moon Defendants are agreeable to the requested stipulation. Therefore, Plaintiffs and the Rare Moon Defendants, by and through their respective counsel, stipulate to change the oral argument start time for January 9, 2015 from 9:00 a.m. to 9:45 a.m.

Dated: January 6, 2015          WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS

By _____
Paul M. Croker

Attorneys For Defendants Rare Moon Media, LLC, Jeremy Shaffer, Brad Levene, Lindsey Coker, and Josh Mitchem

Dated: January 6, 2015          LAKESHORE LAW CENTER

By  /s/ Jeffrey Wilens
Jeffrey Wilens

Attorneys For Plaintiffs
Dinah Pham, Paula Bernal and Mary F. Bailey

## [PROPOSED] ORDER

The Oral Argument on Rare Moon Defendants' Motion to Compel Arbitration is hereby trailed from 9:00 a.m. to 9:45 a.m. The hearing date of January 9, 2015 remains. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiffs Dinah Pham, Paula Bernal and Mary F. Bailey (collectively "Plaintiffs") requested Defendants Rare Moon Media, LLC, Jeremy Shaffer, Brad Levene, Lindsey Coker, and Josh Mitchem (collectively "Rare Moon Defendants") to stipulate to change the oral argument start time for January 9, 2015 from 9:00 a.m. to 9:45 a.m. and the Rare Moon Defendants are agreeable to the requested stipulation. Therefore, Plaintiffs and the Rare Moon Defendants, by and through their respective counsel, stipulate to change the oral argument start time for January 9, 2015 from 9:00 a.m. to 9:45 a.m.

Dated: January 6, 2015     WALLACE, SAUNDERS, AUSTIN, BROWN & ENOCHS

By _____
Paul M. Croker  KS 21627

Attorneys For Defendants Rare Moon Media, LLC, Jeremy Shaffer, Brad Levene, Lindsey Coker, and Josh Mitchem

Dated: January 6, 2015     LAKESHORE LAW CENTER

By _____
Jeffrey Wilens

Attorneys For Plaintiffs Dinah Pham, Paula Bernal and Mary F. Bailey

## [PROPOSED] ORDER

The Oral Argument on Rare Moon Defendants' Motion to Compel Arbitration is hereby trailed from 9:00 a.m. to 9:45 a.m. The hearing date of January 9, 2015 remains. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: <u>January 7</u>, 2015

_____
The Honorable Jeffrey S. White
United States District Judge