IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN L GILBERT, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, et al.,

    Defendant.

No. C 13-01171 JSW

**ORDER REQUIRING SUPPLEMENTAL SUBMISSION FROM CANE BAY DEFENDANTS ON MOTIONS TO SEAL AND WARNING RE FOOTNOTES**

Plaintiffs and the Cane Bay Defendants have filed several motions to seal briefing and evidence submitted in connection with the Cane Bay Defendants' supplemental briefing on personal jurisdiction. (Docket Nos. 144, 149, 151, and 154.)

The Court HEREBY ORDERS a supplemental submission from the Cane Bay Defendants on these motions to seal. The the Court is not yet convinced that all of the material the Cane Bay Defendants seek to file under seal should be sealed. Accordingly, the Cane Bay Defendants shall submit a table to the Court that sets forth each particular portion of a brief or item of evidence that the Cane Bay Defendants seek to seal, and the specific basis on which that portion of a brief or evidence should be sealed, and the support for that assertion. By way of example:

| Cane Bay Defendants Supplemental Brief 3:15-17 | **Specific reason item is sealable and evidentiary support for assertion** |
|---|---|

The Cane Bay Defendants shall submit this chart to the Court by no later than January 26, 2015.

The Court notes that the Cane Bay Defendants have not complied with Northern District Civil Local Rule 3-4(c)(2). The Court HEREBY ADVISES all parties that, going forward, the Court shall strike any brief that fails to comply with the Northern District Civil Local Rules or this Court's standing orders without further notice to the party that files the offending brief

**IT IS SO ORDERED.**

Dated: January 15, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE