IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L GILBERT, et al., | No. C 13-01171 JSW |
| Plaintiffs, | **ORDER CONDITIONALLY FILING UNDER SEAL ORDER GRANTING IN PART AND DENYING IN PART CANE BAY DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |

    The Court has granted, in part, and, denied, in part, the Cane Bay Defendants' motion to dismiss. The Court has granted the Cane Bay Defendants motions to seal certain portions of the record in support of and in opposition to the motion. In an abundance of caution, and to provide the parties the opportunity to determine if any portion of the Court's Order should be sealed, the Court shall conditionally file the Order under seal.

    The parties shall file a statement by no later than February 16, 2015, setting forth their position on what portions, if any, of the Court's Order must be redacted.

    **IT IS SO ORDERED.**

Dated: February 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE