IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L GILBERT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, et al.,<br><br>    Defendants.<br>_____ / | No. C 13-01171 JSW<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT; ADDRESSING ENTRY OF PARTIAL JUDGMENT; AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court has resolved all outstanding motions to dismiss, and it has dismissed a number of Defendants with prejudice. The Court finds that there no just reason to delay entry of judgment in favor of those Defendants. Accordingly, the Court shall enter a separate partial judgment as to all of the Defendants who have been dismissed with prejudice.

Plaintiffs shall file a second amended complaint, which shall include any amendments to their fourth claim for relief and shall remove references to any Defendants that have been dismissed with prejudice, by no later than March 13, 2015.

The parties shall appear for a case management conference on April 13, 2015, at 11:00 a.m. The parties' joint case management statement shall be due on or before April 6, 2015.

**IT IS SO ORDERED.**

Dated: February 9, 2015

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE