IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L GILBERT, et al., | No. C 13-01171 JSW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. / | |

On February 9, 2015, the Court issued an Order, in which it scheduled a case management conference for April 13, 2015. That date was in error. Accordingly, the Court CONTINUES the case management conference to April 17, 2015, at 11:00 a.m. The parties' joint case management statement shall be due on or before April 10, 2015.

**IT IS SO ORDERED.**

Dated: February 11, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE