IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L GILBERT, et al., | No. C 13-01171 JSW |
| Plaintiffs, | **ORDER LIFTING CONDITIONAL SEAL** |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |

On February 9, 2015, the Court granted, in part, and, denied, in part, the Cane Bay Defendants' motion to dismiss, and it filed the Order under seal, pending a response from the parties on whether any portion of the Order should be redacted. Having considered the parties' response, the Court HEREBY LIFTS the seal, and files the Order in the public record.

**IT IS SO ORDERED.**

Dated: February 19, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE