United States District Court
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   SEAN L GILBERT, et al.,                          No. C 13-01171 JSW

10          Plaintiffs,                              **ORDER REQUIRING FURTHER
                                                     RESPONSE TO ORDER TO**
11     v.                                            **SHOW CAUSE AND REQUIRING
                                                     RESPONSE FROM DEFENDANT**
12   BANK OF AMERICA, et al.,                        **JOHNSON**

13          Defendants.
                                                 /
14

15          In its Order granting defendant David Johnson's motion to compel arbitration, the Court

16   issued an Order to Show Cause to Plaintiff Keeya Malone ("Malone") to show why her claims

17   against Johnson should not be dismissed.

18          Malone filed her response on April 20, 2015.  In her response, she contends that because

19   the Court granted Johnson's motion to compel, it now lacks jurisdiction to dismiss her claims.

20   Malone's theory is that, if the Arbitration Clause is valid, because it is drafted broadly and

21   because she applied for a loan from Cash Yes, the "motion" to dismiss should be referred to the

22   arbitrator for resolution.  However, if Malone did not receive funds from Cash Yes, it is not

23   clear to the Court how she can, in good faith, assert she has standing to sue Johnson.

24          Accordingly, and assuming for the sake of argument that the Court has jurisdiction to

25   resolve this dispute[1] Malone shall file a further response to the Order to Show Cause by May 1,

26   2015.  Johnson may file a response by May 8, 2015, and Malone may file a reply by May 15,

27   2015.

28

_____

[1]      By issuing this further Order, the Court is not ruling on Malone's argument
that the arbitrator must resolve this dispute.

1         If the Court determines that oral argument is necessary, it shall place this matter on

2    calendar on June 5, 2015, in conjunction with the Money Mutual Defendants' motion to

3    dismiss.

4         **IT IS SO ORDERED.**

5    Dated: April 21, 2015



6    JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE

<div style="writing-mode: vertical-rl;">

**United States District Court**
For the Northern District of California

</div>