IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L GILBERT, et al., | No. C 13-01171 JSW |
| Plaintiffs, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| BANK OF AMERICA, et al., | |
| Defendants. | |

The Court has read and considered the parties' responses to this Court's Order to Show Cause why the claims asserted by Plaintiff Keeya Malone ("Malone") against Defendant David Johnson should not be dismissed.

Johnson did not move to compel Ms. Malone to arbitrate her claims, and Ms. Malone has not sought to arbitrate those claims. Therefore, the Court retains jurisdiction over her claims. After considering the parties' responses to the Court's Order to Show Cause, the Court will not dismiss the claims at this time. Johnson is free to renew his arguments by way of a motion for judgment on the pleadings or a motion for summary judgment.

**IT IS SO ORDERED.**

Dated: May 20, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE