DONALD J. PUTTERMAN (BAR NO. 90822)
MICHELLE L. LANDRY (BAR NO. 190080)
TOBIAS G. SNYDER (BAR NO. 289095)
PUTTERMAN LOGAN LLP
One Maritime Plaza
300 Clay Street, Suite 1925
San Francisco, CA 94111
Tel:        (415) 839-8779
Fax:       (415) 376-0956
E-mail:   dputterman@plglawyers.com
             mlandry@plglawyers.com
             tsnyder@plglawyers.com

Attorneys for Defendants
MoneyMutual, LLC, Selling Source, LLC, PartnerWeekly, LLC,
Glenn McKay, Brian Rauch, John Hashman, Douglas Tulley,
Samuel Humphreys, Alton F. Irby, III and Montel Brian Anthony
Williams

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | |
|---|---|
| SEAN L. GILBERT, KEEYA MALONE, KIMBERLY BILBREW, CHARMAINE B. AQUINO, on behalf of themselves and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. 4:13-cv-01171-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON CLASS CERTIFICATION**<br>AS MODFIED HEREIN<br>Judge:       The Hon. Jeffrey S. White<br><br>Action Filed:      February 11, 2013<br>Trial Date:         Not Set |

WHEREAS, the court set certain "placeholder" dates for hearing on Plaintiffs' class certification motion. The court originally set November 6, 2015 for hearing and December 11, 2015 for a Case Management Conference. The court continued the placeholder hearing of November 6, 2015 to November 13, 2015 on August 10, 2015. (Doc. No. 212); and

WHEREAS, the parties have agreed to continue the Case Management Conference currently set for December 11, 2015 and Plaintiff's Class Certification hearing currently set for November 6, 2015, in order to complete certain discovery;

WHEREAS, Donald J. Putterman, counsel for Defendants MoneyMutual, LLC, Selling Source, LLC, PartnerWeekly, LLC, Glenn McKay, Brian Rauch, John Hashman, Douglas Tulley, Samuel Humphreys, Alton F. Irby, III and Montel Brian Anthony Williams, has submitted a declaration in accordance with Civil L. R. 6-2, and 7-12, and in support of the parties' stipulation to reset hearing and CMC date;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, and through their counsel of record, that:

1. Plaintiff's Motion for Class Certification shall be heard on **January 8, 2016**;
2. The Case Management Conference shall be continued from December 11, 2015 to **January 8, 2016.**

**IT IS SO STIPULATED**.

Dated: September 28, 2015          PUTTERMAN LOGAN LLP

By: */s/ Donald J. Putterman*
Donald J. Putterman

Attorneys for Defendants
MoneyMutual, LLC, Selling Source, LLC, PartnerWeekly, LLC, Glenn McKay, Brian Rauch, John Hashman, Douglas Tulley, Samuel Humphreys, Alton F. Irby, III and Montel Brian Anthony Williams

| | | |
|---|---|---|
| 1 | Dated: September 27, 2015 | LAKESHORE LAW CENTER |

By: */s/ Jeffrey Wilens*
    Jeffrey Wilens

Attorneys for Plaintiff
SEAN L. GILBERT, KEEYA MALONE, KIMBERLY BILBREW, CHARMAINE B. AQUINO, on behalf of themselves and all persons similarly situated

### ORDER

**PURSUANT TO STIPULATION,** ~~IT IS SO ORDERED~~ the placeholder hearing for Plaintiffs' motion for class certification is CONTINUED to Friday, January 8, 2016 at 9:00 a.m.  The Court CONTINUES the December 11, 2015 case management conference to Friday, March 4, 2016 at 11:00 a.m. The parties shall submit an updated case management statement by February 26, 2016.

DATED: October __1__, 2015

                                                   
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

In the future, if counsel refers to prior continuances in requests for extension, counsel need not attach the Court's electronic docket sheet.