**LAKESHORE LAW CENTER**
**Jeffrey Wilens, Esq. (State Bar No. 120371)**
**18340 Yorba Linda Blvd., Suite 107-610**
**Yorba Linda, CA 92886**
**714-854-7205**
**714-854-7206 (fax)**
**jeff@lakeshorelaw.org**

**THE SPENCER LAW FIRM**
**Jeffrey P. Spencer, Esq. (State Bar No. 182440)**
**903 Calle Amanecer, Suite 220**
**San Clemente, CA 92673**
**949-240-8595**
**949-240-8515 (fax)**
**jps@spencerlaw.net**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA,

# OAKLAND DIVISION

| | |
|---|---|
| SEAN L. GILBERT, et. al. | ) Case No. CV-13-01171-JSW |
| | ) Complaint filed February 11, 2013 |
| | ) Trial Date: |
| | ) Pre-Trial Date: |
| Plaintiffs, | ) Discovery Cut-Off: |
| | ) |
| v. | ) **Class Action** |
| | ) |
| BANK OF AMERICA, N.A., et. al., | ) **ORDER GRANTING** |
| | ) **MOTION TO FILE FIFTH** |
| | ) **AMENDED COMPLAINT** |
| | ) Hearing Date: January 8, 2016, 9:00 am |
| | ) Department 5 |
| Defendants. | ) Hon. Jeffrey S. White, District Judge |

Plaintiffs Sean L. Gilbert, Keeya Malone, Kimberly Bilbrew and Charmaine B. Aquino motion to file Fifth Amended Complaint came on regularly for hearing on

1

ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIFTH AMENDED COMPLAINT—13-CV-01171-JSW

1  January 8, 2016 at 9:00 a.m. in Department 5 of the above-entitled Court.  Appearances
2  were made by Jeffrey Wilens on behalf of Plaintiff and Donald Putterman on behalf of
3  Defendants.  After having considered the briefs, argument, and evidence, and good
4  cause having been shown, Plaintiffs' Motion to file Fifth Amended Complaint is
5  GRANTED.
6  
7       Plaintiffs shall file the proposed Fifth Amended Complaint pursuant to this Order
8  within 5 days. Defendants shall file a responsive pleading within 20 days of filing of the
9  Fifth Amended Complaint.
10 
11 
12 DATED:                                                      _____
13                                                             Hon. Jeffrey S. White
                                                              United States District Court