**LAKESHORE LAW CENTER**
**Jeffrey Wilens, Esq. (State Bar No. 120371)**
**18340 Yorba Linda Blvd., Suite 107-610**
**Yorba Linda, CA 92886**
**714-854-7205**
**714-854-7206 (fax)**
**jeff@lakeshorelaw.org**

**THE SPENCER LAW FIRM**
**Jeffrey P. Spencer, Esq. (State Bar No. 182440)**
**903 Calle Amanecer, Suite 220**
**San Clemente, CA 92673**
**949-240-8595**
**949-240-8515 (fax)**
**jps@spencerlaw.net**

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT,

# NORTHERN DISTRICT OF CALIFORNIA,

# OAKLAND DIVISION

| | |
|---|---|
| SEAN L. GILBERT, et. al. | ) Case No. CV-13-01171-JSW |
| | ) Complaint filed February 11, 2013 |
| | ) Trial Date: |
| | ) Pre-Trial Date: |
| Plaintiffs, | ) Discovery Cut-Off: |
| | ) |
| v. | ) **Class Action** |
| | ) |
| BANK OF AMERICA, N.A., et. al., | ) **COMPENDIUM OF EVIDENCE** |
| | ) **IN SUPPORT OF MOTION TO** |
| | ) **CERTIFY CLASS** |
| | ) Hearing Date: January 8, 2016, 9 am |
| | ) Department 5 |
| Defendants. | ) Hon. Jeffrey S. White, District Judge |

Plaintiffs Sean L. Gilbert, Keeya Malone, Kimberly Bilbrew and Charmaine B. Aquino hereby respectfully submits this additional evidence in support of the Motion for

1

Class Certification.

| | |
|---|---|
| EXHIBIT 1 | Revised Fourth Amended Complaint. |
| EXHIBIT 2 | Redacted sample of spreadsheet of Leads |
| EXHIBIT 3 | Defendants' Interrogatory Responses |
| EXHIBIT 4 | Transcript of Deposition of Glenn McKay |
| EXHIBIT 5 | Payday Loan Lead Referrals |
| EXHIBIT 6 | California State Cease and Desist Orders |
| EXHIBIT 7 | California State Payday Lender Search Portal |
| EXHIBIT 8 | California State Advisories on Payday Lenders |
| EXHIBIT 9 | Gilbert Loan Agreement with Cash Yes |
| EXHIBIT 10 | Bilbrew Loan Agreement with Cash Yes |
| EXHIBIT 11 | Email from Money Mutual to Bilbrew |
| EXHIBIT 12 | Malone Loan Agreement with Bottom Dollar |
| EXHIBIT 13 | Aquino Loan Agreement with Hamilton Liberty |
| EXHIBIT 14 | Aquino Loan Agreement with VIP Loan Shop |

DATED: December 4, 2015

Respectfully submitted,

By   _/s/_Jeffrey Wilens_____

JEFFREY WILENS
Attorney for Plaintiffs