EXHIBIT H

# CONSUMER LOAN AND ARBITRATION AGREEMENT

| Lender: | Bottom Dollar Payday | Borrower: | KEEYA MALONE |
| | | | LOS ANGELES, CA 90043 |
| Mailing | Apartado Postal 1434-1200 | Borrower's | |
| Address: | San Jose, Costa Rica | Bank: | J P MORGAN CHASE BANK NA |
| Telephone: | 8777123729 | Bank Account Number: | 4273251 |
| Fax Number: | 8667943247 | Loan Number: | 4273251 |

**DEFTS** Exhibit **4** for ID
**MALONE** Witness
N 1 of 2 PP 11-23-15
Lindsay Pinkham CSR 3716 CRR

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | Finance Charge | Amount Financed | Total Of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. |
| 758.5759% | $75.00 | $500.00 | $575.00 |

**PAYMENT SCHEDULE.** Your payment schedule will be one payment of $575.00 due on December 7, 2012 ("Payment Due Date"). On the due date, your loan will automatically be extended for an additional equal term unless you notify us that you decline such an extension. You must notify us that you decline such an extension by telephoning us, toll-free, at 8777123729, at least three business days prior to the maturity of your loan. If your loan is automatically extended, you will pay the finance charge of $75.00 only on December 7, 2012. You will accrue new finance charges with every extension of your loan. On your fifth extension and every extension thereafter, your loan principal must be paid down by 5% of the original principal. This means on your payment date your bank account will be debited 5% of the original principal, plus the applicable finance charge.

**SECURITY.** This loan is unsecured.

**PREPAYMENT.** If you repay this loan early, you will not have to pay a penalty and you will not be entitled to a refund of any portion of the finance charge. See Agreement below for additional information about non-payment, default and any required repayment in full before the scheduled date.

You promise to pay to the order of Lender, in Charlestown, Nevis, West Indies, any and all sums due hereunder. In this Agreement, the terms "Lender," "we," "our" and "us" means Bottom Dollar Payday. "You" and "your" mean the borrower specifically referenced in this Agreement. In consideration of our providing you a loan, you agree to all terms of this Agreement.

1. **AUTHORIZATION.** You represent that all account and other information provided by you are correct. You agree not to close the account on which payment is due. If your check, bank draft, EFT or ACH transaction is returned for insufficient funds, we will charge you an additional $25 each time it is returned. You authorize us or any collection agency which we designate to collect all amounts owing hereunder, including without limitation all collection agency fees, through the use of one or more checks, bank drafts, EFT or ACH transactions. You agree and consent to telephone contact by the lender, its agents and third-party collectors including the use of automatic telephone dialing systems or autodialers. This includes cellular, home and work telephone numbers, as well at any other telephone number you have provided in conjunction with this loan. You understand and agree that this right does not constitute a security interest. You may make different payment arrangements with us at the time you enter into this Agreement if you do not wish to use an EFT or ACH transaction. You authorize us to obtain your credit information from consumer credit reporting agencies. Collection and use of bank account information. If we extend credit to a consumer, we will consider the bank account information provided by the consumer as eligible for us to process payments against. In addition, as part of our information collection process, we may gather additional bank accounts under the ownership of the consumer. We will consider these additional accounts to be part of the application process.

2. **FUNDS TRANSFER.** Lender makes loan proceeds available on the business day following the date of this transaction without additional charge. If, at your election made before 2:00 p.m. Eastern Time on a business day, you request that the loan proceeds be made available on the same day, a wire transfer fee of up to $20, payable to Lender's U.S. administrator, will be imposed; this fee will be deducted from the loan proceeds.

3. **LOAN EXTENSION.** Upon any extension of the term of this loan, the new maturity date will be a date set by Lender which will be approximately two weeks following the previous maturity date. The finance charge for the extended term, and for any additional extended term thereafter, will be $50 per $100 of loan principal.

4. **RECISSION.** You have the right to rescind this Agreement without incurring any fee if the amount borrowed in full, is returned to us on or before the close of business of the business day following the day on which such loan was delivered to you.

5. **ARBITRATION AGREEMENT AND WAIVER OF JURY TRIAL.** (a) Arbitration is a process in which persons with a dispute: (i) waive their rights to file a lawsuit and proceed in court and to have a jury trial to resolve their disputes; and (ii) agree, instead, to submit their disputes to a neutral third person (an arbitrator) for a decision. Each party to the dispute has an opportunity to present some evidence to the arbitrator. Pre-arbitration discovery may be limited. Arbitration proceedings are private and less formal than court trials. The arbitrator will issue a final and binding decision resolving the dispute, which may be enforced as a court judgment. A court rarely overturns an arbitrator's decision.

(b) **YOU ACKNOWLEDGE AND AGREE AS FOLLOWS:** For purposes of this Agreement, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (i) all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Agreement, the validity and scope of this Agreement and any claim or attempt to set aside this Agreement; (ii) all federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including the Customer Application, and or any part agreement or agreements between you and us; (iii) all counterclaims, cross-claims and third-party claims; (iv) all common law claims based upon contract, tort, fraud, or other intentional torts; (v) all claims based upon a violation of any state or federal constitution, statute or regulation; (vi) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (vii) all claims asserted by you individually against us and/or any of our employees, agents, directors, officers, shareholders, governors, managers, members, parent company or affiliated entities (hereinafter collectively referred to as "related third parties"), including claims for money damages and/or equitable or injunctive relief; (viii) all claims asserted on your behalf by another person; (ix) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and or related third parties (hereinafter referred to as "Representative Claims"); and or (x) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you

(c) By entering into this Agreement (i) YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; (ii) YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT, OTHER THAN A SMALL CLAIMS TRIBUNAL, RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and (iii) YOU ARE WAIVING YOUR RIGHT TO SERVE AS A REPRESENTATIVE, A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.

(d) Except as provided in Paragraph 5(i) below, all disputes, including any Representative Claims against us and or related third parties, shall be resolved by binding arbitration only on an individual basis with you. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION

(e) Any party to a dispute, including related parties, may send the other party written notice by certified or registered mail, return receipt requested, of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879, http://www.adr.org), or JAMS (1-800-352-5267, http://www.jamsadr.com). However the parties may agree to select a local arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration will respond in writing by certified or registered mail, return receipt requested, within twenty (20) days. If you demand arbitration, you must inform us in your demand of the arbitration organization you have selected or whether you desire to select a local arbitrator. If related third parties or we demand arbitration, you must respond within twenty (20) days in writing by certified mail return receipt requested of your decision to select an arbitration organization or your desire to select a local arbitrator. If you fail to notify us, then we have the right to select an arbitration organization. The parties to such dispute will be governed by the rules and procedures of such arbitration organization applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the arbitration organization listed above.

(f) You (but not Lender) have the sole and unfettered right to reject arbitration as a means of resolving disputes at any time within seven (7) days following your signature on this Agreement. That is, if, after signing this arbitration provision, you choose to not to be bound by it, then you can reject arbitration by giving notice of rejection of arbitration by certified or registered mail, return receipt requested, to Lender at its address for notices specified in this Agreement, postmarked within seven days following your signature hereon. No particular form of notice is required. You cannot reject arbitration after the seventh day following the date of your signature on this Agreement.

(g) If you demand arbitration, then at your request we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). If related third parties or we demand arbitration, then we will advance your portion of the Arbitration Fees. Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, or within 30 miles from such county or in the county in which the transaction under this Agreement occurred, or in such other place as shall be ordered by the arbitrator. The arbitrator may decide with or without any hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. In conducting the arbitration, the arbitrator shall not apply any federal or state rules of civil procedure or evidence. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having jurisdiction. If allowed by statute or applicable law, the arbitrator may award you statutory damages and or your reasonable attorneys' fees and expenses. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees

(h) If, after limiting your in favor in respect on the merits of your claim, the arbitrator issues you an award that is greater than the value of Lender's last written settlement offer made before an arbitrator was selected, then Lender will: (a) pay you the amount of the award or $10,000 ("the alternative payment"); and (b) pay your attorney, if any, twice the amount of attorneys' fees, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing and pursuing your claim in arbitration ("the attorney premium"). If Lender did not make a written offer to settle the dispute before an arbitrator was selected, then your attorney and you will be entitled to receive both the alternative payment and the attorney premium if the arbitrator awards you your relief on the merits.

MALONE00047

The arbitrator may make rulings and resolve disputes as to payment and reimbursement of fees, expenses, and the party premium at any time during the proceeding and upon request from either party made within 14 days of the arbitrator's ruling on the merits. The right to attorneys' fees and expenses discussed in this paragraph supplements any right to attorneys' fees and expenses you may have under applicable law. Thus, if you would be entitled to a larger amount under the applicable law, this provision does not preclude the arbitrator from awarding you that amount. However, you may not recover duplicative awards of attorneys' fees or costs.

(r) All parties, including related third parties, shall retain the right to seek adjudication in a small claims tribunal for disputes within the scope of such tribunal's jurisdiction. Any dispute that cannot be adjudicated within the jurisdiction of a small claims tribunal shall be resolved by binding arbitration. Any appeal of a judgment from a small claims tribunal shall be resolved by binding arbitration.

(j) This Agreement is made pursuant to a transaction involving commerce and shall be governed by the United States Federal Arbitration Act ("FAA"). If a final non-appealable judgment of a court having jurisdiction over this transaction finds, for any reason, that the FAA does not apply to this transaction, then our agreement to arbitrate shall be governed by the arbitration law of Nevis, West Indies.

This Agreement is binding upon and benefits both parties respective heirs, successors and assigns. The arbitration and class action waiver provisions of this Agreement continue in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The arbitration and class action waiver provisions survive any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and us otherwise agree in writing.

6. Notices. Except as otherwise provided in this Agreement, you specifically agree that all notices required to be sent to you are effective when mailed or delivered to your last known mail or e-mail address as identified in our records. You agree that we may send or provide by electronic communication any notice, communication, disclosure amendment or replacement to the Agreement. All notices to us should be forwarded to Bottom Dollar Payday, Apartado Postal 1434-1200, San Jose, Costa Rica, or faxed to 866-643-2347.

7. Governing Law. This Agreement is made and accepted in Nevis, and shall be governed by the law of Nevis, without regard to its choice of law rules, except that the arbitration provisions will be governed by the FAA. This governing law provision applies no matter where you reside.

8. General. The parties do not intend the benefits of this Agreement to inure to any third party, and nothing contained herein shall be construed as creating any right, claim or cause of action in favor of any such third party. If any part of this Agreement is found invalid, the rest of the Agreement will remain valid and enforceable. You may not assign this Agreement to any other party. We may assign the Agreement or delegate any or all of our rights and duties under this Agreement to any third party without notifying you. No delay or omission by us in exercising any rights or remedies hereunder shall impair or waive such right or remedy.

9. Wireless Policy. By opting-in you are providing consent to use personal information to provide the services you've requested, including services that display customized content and advertising. Your provider's Msg & Data Rates may apply to our confirmation and all subsequent SMS messages. You may opt-out and remove your SMS information by sending "STOP", "END", "CANCEL", "UNSUBSCRIBE" or "QUIT" to the SMS text message you have received. If you remove your SMS information from our database, your number will no longer be used for secondary purposes, disclosed to third parties and used by us for third parties to send promotional correspondence to you.

Data obtained from you in connection with this SMS service may include your name, address, cell phone number, your provider's name, the date & time, and content of your messages. We will not be liable for any delays in the receipt of any SMS messages, as delivery is subject to effective transmission from your network operator. SMS message services are provided on an AS IS basis. To view our Terms & Conditions visit www.bottomdollarpayday.com privacy-policy html or call our Toll-free 24-hour Opt-out line: 8884498545

For help, email us at customerservice@bottomdollarpayday.com or call 8777125729. Request help, get contact information or additional information regarding our texting services anytime from your mobile device by replying with the word "HELP?" to the message you receive.

10. Entire Agreement. This Agreement constitutes the entire agreement between us and supersedes all prior agreements, understandings, statements or proposals, and representations, whether written or oral. This Agreement, including the provisions of this Section, may not be modified except by written amendment signed by both parties.

BY SIGNING BELOW, YOU AGREE THAT YOU HAVE READ AND UNDERSTOOD ALL THE TERMS OF THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, THE AGREEMENT TO ARBITRATE ALL DISPUTES AND NOT TO PARTICIPATE IN CLASS ACTION.

---

*(step 1 of 3)*
KEEYA MALONE
KEEYA MALONE (Signed: November 29, 2012)

*Please wait while page refreshes after each signature.*

| Signature | Date: November 29, 2012 | Contract#: 4873251 |

---

MALONE002

EXHIBIT I

## CONSUMER LOAN AND ARBITRATION AGREEMENT

| Lender: | Bottom Dollar Payday | Borrower: | KEEYA MALONE |
| | | | 4401 W 59 ST |
| | | | LOS ANGELES, CA 90043 |
| Mailing Address: | Apartado Postal 1434-1200 San Jose, Costa Rica | Borrower's Bank: | J.P. MORGAN CHASE BANK, NA |
| Telephone: | 8777123729 | Bank Account Number: | 4411112735 |
| Fax Number: | 8667943247 | Loan Number: | 3274562 |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | Finance Charge | Amount Financed | Total Of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost me. | The amount of credit provided to me or on my behalf. | The amount I will have paid after I have made all payments as scheduled. |
| % | $0.00 | $500.00 | $500.00 |

**PAYMENT SCHEDULE. Your payment schedule will be one payment of $500.00 due on January 22, 2013** ("Payment Due Date"). On the due date, your loan will automatically be extended for an additional equal term unless you notify us that you decline such an extension. You must notify us that you decline such an extension by telephoning us, toll-free, at 8777123729, at least three business days prior to the maturity of your loan. If your loan is automatically extended, you will pay the finance charge of $0.00 only on January 22, 2013. You will accrue new finance charges with every extension of your loan. On your fifth extension and every extension thereafter, your loan principal must be paid down by 5% of the original principal. This means on your payment date your bank account will be debited 5% of the original principal, plus the applicable finance charge.

**SECURITY. This loan is unsecured.**

**PREPAYMENT. If you repay this loan early, you will not have to pay a penalty and you will not be entitled to a refund of any portion of the finance charge. See Agreement below for additional information about non-payment, default and any required repayment in full before the scheduled date.**

You promise to pay to the order of Lender, in Charlestown, Nevis, West Indies, any and all sums due hereunder. In this Agreement, the terms "Lender," "we," "our" and "us" means Bottom Dollar Payday. "You" and "your" mean the borrower specifically referenced in this Agreement. In consideration of our providing you a loan, you agree to all terms of this Agreement.

1. AUTHORIZATION. You represent that all account and other information provided by you are correct. You agree not to close the account on which payment is due. If your check, bank draft, EFT or ACH transaction is returned for insufficient funds, we will charge you an additional $25 each time it is returned. You authorize an agency which we designate to collect all amounts owing hereunder, including without limitation all collection agency fees, through the use of one or more checks, bank drafts, EFT or ACH transactions. You agree and consent to telephone contact by the lender, its agents and third-party collectors including the use of automatic telephone dialing systems or autodialers. This includes cellular, home and work telephone numbers, as well as any other telephone number you have provided in conjunction with this loan. You understand and agree that this right does not constitute a security interest. You may make different payment arrangements with us at the time you enter into this Agreement if you do not wish to use an EFT or ACH transaction. You authorize us to obtain your credit information from consumer credit reporting agencies. Collection and use of bank account information: If we extend credit to a consumer, we will consider the bank account information provided by the consumer as eligible for us to process payments against. In addition, as part of our collection practices, we may detect additional bank accounts under the ownership of the consumer. We will consider those additional accounts to be part of the application process.

2. FUNDS TRANSFER. Lender makes loan proceeds available on the business day following the date of this transaction without additional charge. If, at your election made before 2:00 p.m. Eastern Time on a business day, you request that the loan proceeds be made available on the same day, a wire transfer fee of up to $20, payable to Lender's U.S. administrator, will be imposed; this fee will be deducted from the loan proceeds.

3. LOAN EXTENSION. Upon any extension of the term of this loan, the new maturity date will be a date set by Lender which will be approximately two weeks following the previous maturity date. The finance charge for the extended term, and for and for any additional extended term thereafter, will be $30 per $100 of loan principal.

4. RESCISSION. You have the right to rescind this Agreement without incurring any fee if the amount borrowed, in full, is returned to us on or before the close of business of the business day following the day on which such sum was delivered to you.

5. ARBITRATION AGREEMENT AND WAIVER OF JURY TRIAL. (a) Arbitration is a process in which persons with a dispute: (i) waive their rights to file a lawsuit and proceed in court and to have a jury trial to resolve their disputes; and (ii) agree, instead, to submit their disputes to a neutral third person (an arbitrator) for a decision. Each party to the dispute has an opportunity to present some evidence to the arbitrator. Pre-arbitration discovery may be limited. Arbitration proceedings are private and less formal than court trials. The arbitrator will issue a final and binding decision resolving the dispute, which may be enforced as a court judgment. A court rarely overturns an arbitrator's decision.

(b) YOU ACKNOWLEDGE AND AGREE AS FOLLOWS: For purposes of this Agreement, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (i) all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Agreement, the validity and scope of this Agreement and any claim or attempt to set aside this Agreement; (ii) all federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including the Customer Application, and or any past agreement or agreements between you and us; (iii) all counterclaims, cross-claims and third-party claims; (iv) all common law claims based upon contract, tort, fraud, or other intentional torts; (v) all claims based upon a violation of any state or federal constitution, statute or regulation; (vi) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (vii) all claims asserted by you individually against us and/or any of our employees, agents, directors, officers, shareholders, governors, managers, members, parent company or affiliated entities (hereinafter collectively referred to as "related third parties"), including claims for money damages and or equitable or injunctive relief; (viii) all claims asserted on your behalf by another person; (ix) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity; and/or (x) all claims arising from or relating directly or indirectly to the disclosure by us of any non-public personal information about you.

(c) By entering into this Agreement, (i) YOU ARE WAIVING YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; (ii) YOU ARE WAIVING YOUR RIGHT TO HAVE A COURT, OTHER THAN A SMALL CLAIMS TRIBUNAL, RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and (iii) YOU ARE WAIVING YOUR RIGHT TO SERVE AS A REPRESENTATIVE, A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.

(d) Except as provided in Paragraph 5(l) below, all disputes, including any Representative Claims against us and or related third parties, shall be resolved by binding arbitration only on an individual basis with you. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.

(e) Any party to a dispute, including related third parties, may send the other party written notice by certified or registered mail, return receipt requested, of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association (1-800-778-7879, http://www.adr.org); or JAMS (1-800-352-5267, http://www.jamsadr.com). However, the parties may agree to select a local arbitrator who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association and arbitrate pursuant to such arbitrator's rules. The party receiving notice of arbitration will respond in writing by certified or registered mail, return receipt requested, within twenty (20) days. If you demand arbitration, you must inform us in your demand of the arbitration organization you have selected or whether you desire to select a local arbitrator. If related third parties or us demand arbitration, you must notify us within twenty (20) days in writing by certified mail return receipt requested of your decision to select an arbitration organization or your desire to select a local arbitrator. If you fail to notify us, then we have the right to select an arbitration organization. The parties to such dispute will be governed by the rules and procedures of such arbitration organization applicable to consumer disputes, to the extent those rules and procedures do not contradict the express terms of this Agreement, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures by contacting the arbitration organization listed above.

(f) You (but not Lender) have the sole and unfettered right to reject arbitration as a means of resolving disputes at any time within seven (7) days following your signature on this Agreement. That is, if, after signing this arbitration provision, you choose not to be bound by it, then you can reject arbitration by giving notice of arbitration by certified or registered mail, return receipt requested, to Lender at its address for notices specified in this Agreement, postmarked within seven days following your signature hereon. No particular form of notice is required. You cannot reject arbitration after the seventh day following the date of your signature on this Agreement.

(g) If you demand arbitration, then at your request we will advance your portion of the expenses associated with the arbitration, including the filing, administrative, hearing and arbitrator's fees ("Arbitration Fees"). If related third parties or we demand arbitration, then at your written request we will advance your portion of the Arbitration Fees. Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitration hearing will be conducted in the county of your residence, or within 30 miles from such county, or in the county in which the transaction under this Agreement occurred, or in such other place as shall be ordered by the arbitrator. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. In conducting the arbitration, the arbitrator shall not apply federal or state rules of civil procedure or evidence. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award may be filed with any court having jurisdiction. If allowed by statute or applicable law, the arbitrator may award you statutory damages and or your reasonable attorneys' fees and expenses. Regardless of whether the arbitrator renders a decision or an award in your favor resolving the dispute, you will not be responsible for reimbursing us for your portion of the Arbitration Fees.

(h) If, after finding in your favor in any respect on the merits of your claim, the arbitrator issues you an award that is greater than the value of Lender's last written settlement offer made before an arbitrator was selected, then Lender will: (a) pay you the amount of the award or $10,000 ("the alternative payment"), whichever is greater; and (b) pay your attorney, if any, twice the amount of attorneys' fees, and reimburse any expenses (including expert witness fees and costs) that your attorney reasonably accrues for investigating, preparing and pursuing your claim in arbitration ("the attorney premium"). If Lender did not make a written offer to settle the dispute before an arbitrator was selected, your attorney and you will be entitled to the alternative payment and the attorney premium if the arbitrator awards you any relief on the merits. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of attorneys' fees, expenses, and the alternative payment and the attorney premium at any time during the proceeding and upon request from either party made within 14 days of the arbitrator's ruling on the merits. The right to attorneys' fees and expenses discussed in this paragraph supplements any right to attorneys' fees and expenses you may have

(i) All parties, including related third parties, shall retain the right to seek adjudication in a small claims tribunal for disputes within the scope of such tribunal's jurisdiction. Any dispute that cannot be adjudicated within the jurisdiction of a small claims tribunal shall be resolved by binding arbitration. Any appeal of a judgment from a small claims tribunal shall be resolved by binding arbitration.

(j) This Agreement is made pursuant to a transaction involving commerce and shall be governed by the United States Federal Arbitration Act ("FAA"). If a final non-appealable judgment of a court having jurisdiction over this transaction finds, for any reason, that the FAA does not apply to this transaction, then our agreement to arbitrate shall be governed by the arbitration law of Nevis, West Indies.

This Agreement is binding upon and benefits both parties respective heirs, successors and assigns. The arbitration and class action waiver provisions of this Agreement continue in full force and effect, even if your obligations have been paid or discharged through bankruptcy. The arbitration and class action waiver provisions survive any termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

6. Notices. Except as otherwise provided in the Agreement, you specifically agree that all notices required to be sent to you are effective when mailed or delivered to your last known mail or e-mail address as identified in our records. You agree that we may send or provide by electronic communication any notice, communication, disclosure amendment or replacement to the Agreement. All notices to us should be forwarded to Bottom Dollar Payday, Apartado Postal 1434-1200, San Jose, Costa Rica, or faxed to 866-794-3247

7. Governing Law. This Agreement is made and accepted in Nevis, and shall be governed by the law of Nevis, without regard to its choice of law rules, except that the arbitration provisions will be governed by the FAA. This governing law provision applies no matter where you reside

8. General. The parties do not intend the benefits of this Agreement to inure to any third party, and nothing contained herein shall be construed as creating any right, claim or cause of action in favor of any such third party. If any part of this Agreement is found invalid, the rest of the Agreement will remain valid and enforceable. You may not assign the Agreement to any other party. We may assign the Agreement or delegate any or all of our rights and duties under the Agreement to any third party without notifying you. No delay or omission by us in exercising any rights or remedies hereunder shall impair or waive such right or remedy

9. Wireless Policy. By opting-in you are providing consent to use personal information to provide the services you've requested, including services that display customized content and advertising. Your provider's Msg & Data Rates may apply to our confirmation and all subsequent SMS messages. You may opt-out and remove your SMS information by sending "STOP", "END", "CANCEL", "UNSUBSCRIBE" or "QUIT" to the SMS text message you have received. If you remove your SMS information from our database, your number will no longer be used for secondary purposes, disclosed to third parties and used by us for third parties to send promotional correspondence to you

Data obtained from you in connection with this SMS service may include your name, address, cell phone number, your provider's name, the date & time, and content of your messages. We will not be liable for any delays in the receipt of any SMS messages, as delivery is subject to effective transmission from your network operator. SMS message services are provided on an AS IS basis. To view our Terms & Conditions visit www.bottomdollarpayday.com/privacy-policy.html or call our Toll-free 24-hour Opt-in Opt-out line 888-496-546.

For help, email is at customerservice@bottomdollarpayday.com or call 877-752-3729 Request help, per contact information or additional information regarding our texting services anytime from your mobile device by replying with the word "HELP" to the message you receive.

10. Entire Agreement. This Agreement constitutes the entire agreement between us and supersedes all prior agreements, understandings, statements or proposals, and representations, whether written or oral. This Agreement, including the provisions of this Section, may not be modified except by written amendment signed by both parties.

BY SIGNING BELOW, YOU AGREE THAT YOU HAVE READ AND UNDERSTOOD ALL THE TERMS OF THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, THE AGREEMENT TO ARBITRATE ALL DISPUTES AND NOT TO PARTICIPATE IN CLASS ACTION.

---

**ACH AUTHORIZATION**

You authorize Lender to initiate credit and debit entries to the bank account indicated below for all amounts owing in connection with this Agreement in accordance with the section titled Authorization below, including without limitation all principal amounts, finance charges, service fees, returned item fees and collection agency fees. This authorization shall remain in full force and effect until Lender has received a written notice of termination from You in such time and manner as to afford Lender a reasonable opportunity to act upon it.

(step 2 of 3)

Your ABA Number: 322271627

Your Account Number: 8411112735

Signature
NEEVA MALONE (Signed: January 16, 2013)
Date: January 16, 2013
*Please wait while page refreshes after each signature*

(step 3 of 3)
Log into your account to see your loan information

---

MALONE004

EXHIBIT J

**Jeffrey Wilens**

| | |
|---|---|
| **From:** | keemalo@aol.com |
| **Sent:** | Friday, August 30, 2013 7:35 PM |
| **To:** | Jeffrey Wilens |
| **Subject:** | Fwd: Courtesy Reminder from Bottom Dollar(Keeya Malone) |

*DEFTS' Exhibit 6 for ID*
*Witness: MALONE*
*P. 1 of 2 PP 11-23-15*
*Lindsav Pinkham CSR 3716 CRR*

-----Original Message-----
From: customerservice <customerservice@bottomdollarpayday.com>
To: KEEMALO <KEEMALO@AOL.COM>
Sent: Sun, Jan 13, 2013 9:01 pm
Subject: Courtesy Reminder from Bottom Dollar

**You have an upcoming balance due on January 18, 2013.**

Dear KEEYA MALONE,

Thank you for being a Bottom Dollar Payday customer.  Your loan of 500.00 from Bottom Dollar Payday is due on January 18, 2013. You have 3 options for your convenience to choose from:

1. Extend the loan. In this case, we would just collect the finance fee of 150.00 on your due date. You do not have to notify us if you will be extending the loan, as we will do it for you automatically.
2. Pay back the loan of 500.00 in full plus the finance fee of 150.00 on the due date. Please send us an e-mail at customerservice@pdlsupport.com or call us at 877-712-3729 and notify us by 5 PM CST three days**prior** to your due date.
3. Pay back a portion of your loan and your finance fee of 150.00. This is a convenient way to pay back your loan over a longer period of time and reduce your fees.  Please send us an e-mail at customerservice@pdlsupport.com or call us at 877-712-3729 and notify us by 4 PM CST three days**prior** to your due date.
* On your 5th due date your loan will automatically pay down by 5% of the original principal balance plus the finance fee, and will continue to pay down by 5% of the original loan amount in addition to the finance fee on each following due date until the loan has been successfully paid off.

Based on the option you have chosen, please make sure the money is available in the bank account listed in your application on January 18, 2013 to avoid incurring any additional fees.

If you have any questions or need any further assistance, we are here to help. Do not hesitate to contact us by e-mail at customerservice@pdlsupport.com or by calling 877-712-3729.

**\* Please note that we are open on the weekends for your convenience. \***


Finance
call center support

Click Here to Talk with a
Customer Service Agent

Sincerely,

Customer Service

MALONE005

Bottom Dollar Payday
877-712-3729
customerservice@pdlsupport.com
Hours of Operation
8 am to 5 pm CST
7 days a week

# EXHIBIT K

**Jeffrey Wilens**

| | |
|---|---|
| **From:** | keemalo@aol.com |
| **Sent:** | Friday, August 30, 2013 7:31 PM |
| **To:** | Jeffrey Wilens |
| **Subject:** | Fwd: Notice of Payment from Bottom Dollar(Keeya Malone) |

DEFTS' Exhibit 8 for ID
Witness: MALONE
[ ___ / ___ / ___ ] PP 11-23-15
Lindsay Pinkham CSR 3716 CRR

-----Original Message-----
From: customerservice <customerservice@bottomdollarpayday.com>
To: KEEMALO <KEEMALO@AOL.COM>
Sent: Tue, Jan 22, 2013 10:15 pm
Subject: Notice of Payment from Bottom Dollar

Dear KEEYA MALONE,

Thank you very much for your payment of 150.00.

We value your business, and if we can be of any further assistance, feel free to contact us by e-mail at customerservice@pdlsupport.com or by calling us toll-free at 877-712-3729.

**\* Please note that we are open on the weekends for your convenience. \***



Click Here to Talk with a
Customer Service Agent

Sincerely,

Customer Service

Bottom Dollar Payday
877-712-3729
customerservice@pdlsupport.com

Hours of Operation
8 am to 5 pm CST
7 day a week

1
MALONE008

EXHIBIT L

**Jeffrey Wilens**

| | |
|---|---|
| **From:** | keemalo@aol.com |
| **Sent:** | Friday, August 30, 2013 7:26 PM |
| **To:** | Jeffrey Wilens |
| **Subject:** | Fwd: An Update from Chase About Your Claim(Keeya Malone) |

DEF'S Exhibit 10 for ID
Witness: MALONE
P. 1 of 1 PP 11-23-15
Lindsay Pinkham CSR 3716 CHR

-----Original Message-----
From: chase.customer.claims <chase.customer.claims@info.chase.com>
To: keemalo <keemalo@aol.com>
Sent: Thu, Jan 24, 2013 5:32 am
Subject: An Update from Chase About Your Claim

## CHASE ◻

**This is an update about your claim for your Chase account ending in 2735**

Dear Keeya S Malone,

We completed our research on your claim #144019562820001. Your claim is approved and $500.00 has been added to your account. If we receive additional information at a later date that your transaction(s) processed correctly, we may reverse the credit. We'll contact you if this happens.

Thank you for being our customer. We look forward to serving all of your financial needs.

Please call us at 866-564-2262 if you have any questions.

Sincerely,

*Marianne Szawaluk*

Marianne Szawaluk
Managing Director
Chase Customer Claims

**ABOUT THIS MESSAGE**

If you want to contact Chase, please do not reply to this message, but instead go to www.chase.com. For faster service, please enroll or log in to your account. Replies to this message will not be read or responded to.

Your personal information is protected by advanced technology. For more detailed security information, view our Online Privacy Notice. To request in writing: Chase Privacy Operations, P.O. Box 659752, San Antonio, TX 78265-9752

JPMorgan Chase Bank, N.A. Member FDIC
© 2012 JPMorgan Chase & Co.
LCM5430612

# EXHIBIT M

1   DONALD J. PUTTERMAN (BAR NO. 90822)
    PUTTERMAN LOGAN LLP
2   580 California Street, 12th Floor
    San Francisco, CA 94104
3
    Mail service address:
4   2175 N. California Blvd, Suite 805
    Walnut Creek, California 94596
5
    Tel: (415) 839-8779
6   Fax: (415) 376-0956
    E-mail: dputterman@plglawyers.com
7   Attorneys for Defendants MoneyMutual, LLC; London Bay
    Capital, LLC; Montel Williams; Glenn McKay; PartnerWeekly,
8   LLC; TSS Acquisition Company, LLC; John Hashman; Brian
    Rauch; Selling Source, LLC
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12
    SEAN L. GILBERT,                          No.   3:13-cv-01171-JSW
13  KEEYA MALONE,
    KIMBERLY BILBREW,                         REQUEST FOR JUDICIAL
14  CHARMAINE B. AQUINO on behalf of          NOTICE IN SUPPORT OF THE
    themselves and all persons similarly situated,   MONEYMUTUAL DEFENDANTS',
15                                            MONTEL WILLIAMS' MOTION
                                             TO DISMISS
16              Plaintiffs,

17       v.
                                             Date:      January 24, 2014
18  BANK OF AMERICA, N.A. et al.,            Time:      9:00 a.m.
                                             Courtroom: 11 – 19th Floor
19              Defendants..

20

21       Pursuant to Federal Rule of Evidence 201, defendants MoneyMutual, LLC; London Bay

22  Capital, LLC; Glenn McKay; PartnerWeekly, LLC; TSS Acquisition Company, LLC; John

23  Hashman; Brian Rauch; Selling Source, LLC (the "MoneyMutual Defendants"), and defendant

24  Montel Williams LLC hereby request that the Court take judicial notice of the following documents

25  in support of their Motion to Dismiss the First Amended Class Action Complaint ("FAC").

26       1.      Screenshots obtained on November 22, 2013 from the URL of the page of

27  MoneyMutual's website entitled "How It Works," https://moneymutual.com/how-it-works, attached

28  as Exhibit A to the accompanying Declaration of Donald J. Putterman.

2.      Screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "The MoneyMutual "Code of Lender Conduct"", https://moneymutual.com/code-of-conduct, attached as Exhibit B to the accompanying Declaration of Donald J. Putterman.

3.      Screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "Information about short term loans," https://moneymutual.com/loan-fees-and-repayment, attached as Exhibit C to the accompanying Declaration of Donald J. Putterman.

4.      A screenshot obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "Montel Williams Endorses MoneyMutual," https://moneymutual.com/montel-williams, attached as Exhibit D to the accompanying Declaration of Donald J. Putterman.

## POINTS AND AUTHORITIES IN SUPPORT OF JUDICIAL NOTICE

### I.      LEGAL STANDARD

When ruling on a motion to dismiss, a court may consider any matter that is subject to judicial notice. *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986); *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Judicial notice is appropriate for facts "not subject to reasonable dispute" that are either generally known within the jurisdiction of the trial court or are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts in this District have held that "as a general matter, websites and their contents may be proper subjects for judicial notice" provided that the party provides the court with a copy of the relevant web page. *Caldwell v. Caldwell*, No. C 05-4166, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006); *see also Frances Kenny Family Trust v. World Sav. Bank FSB*, No. C 04-03724 WHA, 2005 WL 106792, at *1 (N.D. Cal. Jan. 19, 2005) (finding content on plaintiffs' website to be proper matter for judicial notice).

Furthermore, the Ninth Circuit has recognized that in ruling on a motion to dismiss, "in order to '[p]revent plaintiffs from surviving a Rule 12(b)(6) motion by deliberately omitting . . .

documents upon which their claims are based,' a court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on the document and its authenticity is unquestioned." *Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007) (citing *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998) (later superseded by statute) (incorporating by reference insurance terms of service and administrative documents because the claim necessarily relied on plaintiff having been a member of the insurance plan); *Wietschner v. Monterey Pasta Co.*, 294 F. Supp. 2d 1102, 1108-09 (N.D. Cal. 2003) (judicially noticing press releases cited in the complaint).  Under the doctrine of incorporation by reference, the Court may consider on a Rule 12(b)(6) motion not only documents attached to the complaint, but also documents whose contents are alleged in the complaint, provided the complaint "necessarily relies" on the documents or contents thereof, the document's authenticity is uncontested, and the document's relevance is uncontested. *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir.2010); *Fraley v. Facebook, Inc.*, 830 F.Supp.2d 785, 794-795 (N.D.Cal. 2011). This allows the court to consider the full text of a document that the plaintiffs' complaint relies on but only partially references. *See, e.g., In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 863 (N.D. Cal. 2004).

## II.   THE COURT SHOULD TAKE JUDICIAL NOTICE OF EXHIBITS A, B, C, D, E, AND F

### A.   (a)Webpage Exhibits A through D are relied upon by Plaintiffs and referenced in FAC

The accuracy of each of the referenced exhibits, printed out from the MoneyMutual website, is not subject to reasonable dispute and can be readily determined from sources whose accuracy cannot reasonably be questioned.  Further, in relation to the webpage exhibit A through D, all of the exhibits come from sources referenced by Plaintiffs in the FAC.  Therefore, Defendants' Request for Judicial Notice should be granted as to each exhibit via the Doctrine of Incorporation by reference.

With regard to Exhibit A, Plaintiffs' FAC refers to the MoneyMutual website as explaining "Getting your cash is as easy as 1-2-3. MoneyMutual is not a lender. Instead, we have built one of the nation's largest networks of online short- term lenders. After submitting your information, if you are

matched with a lender, MoneyMutual will redirect to the lender's web site where you will be able to review loan terms and conditions. In many cases, the lender will then contact you to confirm your personal information and finalize the loan. They may contact you via telephone, email, text messages, etc. Please make sure that you respond in a timely manner to ensure that funds are deposited as quickly as possible." (FAC ¶80) This quote is taken directly from the MoneyMutual website page entitled "How It Works," accessible at https://moneymutual.com/how-it-works but Plaintiffs fails to attach this webpage to their FAC. MoneyMutual also states that it is "NOT a lender," and does not know and will not know the terms of individual borrows and their prospective lenders; such statements preclude reasonable reliance on any purported representation that the payday lenders' loan agreements comply with California law, since by definition MoneyMutual would have no knowledge. Judicial notice of this page is therefore proper as the FAC has referred to same and that the existence and the accuracy of these terms on the MoneyMutual webpage attached as Exhibit A to the Declaration of Donald J. Putterman cannot be questioned. Accordingly, the Court should take judicial notice of Exhibit A.

Exhibit B is the Code of Lender Conduct on MoneyMutual's website and is referred to in Plaintiffs' FAC. The webpage "assures customer that all lenders on the MoneyMutual Network are required to adhere to a Code of Conduct, which includes the requirement that lenders "comply with any and all applicable federal and state collection practices laws and regulations."" (FAC ¶81). The reference to the Code of Conduct is taken from the page of MoneyMutual's website entitled "The MoneyMutual "Code of Lender Conduct"" accessible at https://moneymutual.com/code-of-conduct. Plaintiffs however fail to attach this webpage to their FAC. Because Plaintiffs' have necessarily relied on and referred to this Code of Conduct at ¶¶81, 90 FAC and that the existence and the accuracy of these terms on the MoneyMutual webpage attached as Exhibit B to the Declaration of Donald J. Putterman cannot be questioned judicial notice of this page in its entirety is therefore proper. Accordingly, the Court should take judicial notice of Exhibit B.

Plaintiffs' FAC refers to the MoneyMutual Code of Lender Conduct (see Exhibit B and FAC ¶¶ 81, 89, 90). Furthermore on the same website MoneyMutual expresses that it is not a lender (see

Exhibit A). Plain statements on the MoneyMutual website which Plaintiffs claim to have read show the distinction between any representation about licensing and the actual terms of any Plaintiff's (or class member's) loan agreement. With regards to misrepresentation, the terms of the loan agreements would have been the proximate cause of Plaintiffs' losses, not any issue with regard to licensing. Plaintiffs here fail to include this highly relevant page from MoneyMutual's website that is needed to fully understand the basis of Plaintiffs alleged basis of claim: the page of MoneyMutual's website entitled "Information about short term loans," accessible at https://moneymutual.com/loan-fees-and-repayment which states, "Since MoneyMutual is not a lender, we are not able to provide or advertise the actual terms, rates, annual percentage rates (APRs), or fees associated with the loan you may receive. The reason for this is that the terms, rates, APRs and fees vary from lender to lender..." Therefore, judicial notice of this webpage in its entirety, which is attached as Exhibit C to the Declaration of Donald J. Putterman, is proper; the existence and accuracy of these terms on the MoneyMutual webpage cannot be questioned. Accordingly, the Court should take judicial notice of Exhibit C.

As to Exhibit D, Plaintiffs' FAC refers to the fact that Montel Williams endorses MoneyMutual on its website ¶¶ 82,83 FAC quoted as saying " Money Mutual's online lending network is a case source you can trust for finding a short term cash loan quickly and easily.". FAC also alleges "There is also a logo "As seen on TV." ¶ 83. The reference to these quotes is taken from the page of MoneyMutual's website entitled "Montel Williams Endorses MoneyMutual," accessible at https://moneymutual.com/montel-williams/ but again Plaintiffs fail to attach this page to their FAC. Judicial notice of this page is therefore proper as the FAC has referred to same and that the existence and the accuracy of these terms on the MoneyMutual webpage attached as Exhibit D to the Declaration of Donald J. Putterman cannot be questioned. Accordingly, the Court should take judicial notice of Exhibit D.

## III.    CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court take judicial notice of Exhibits A-D.

Dated: December 9, 2013

PUTTERMAN LOGAN LLP

By       /S/
Donald J. Putterman
Attorneys For Defendants MoneyMutual,
LLC; London Bay Capital, LLC; Montel
Williams; Glenn McKay; PartnerWeekly,
LLC; TSS Acquisition Company, LLC;
John Hasman; Brian Rauch; Selling
Source, LLC

1  DONALD J. PUTTERMAN (BAR NO. 90822)
    PUTTERMAN LOGAN LLP
2  580 California Street, 12th Floor
    San Francisco, CA 94104
3

    Mail service address:
4  2175 N. California Blvd, Suite 805
    Walnut Creek, California 94596
5

    Tel: (415) 839-8779
6  Fax: (415) 376-0956
    E-mail: dputterman@plglawyers.com
7  Attorneys for Defendants MoneyMutual, LLC; London Bay
    Capital, LLC; Montel Williams; Glenn McKay; PartnerWeekly,
8  LLC; Selling Source, LLC; TSS Acquisition Company, LLC;
    John Hashman; Brian Rauch
9

10            **UNITED STATES DISTRICT COURT**

11           **NORTHERN DISTRICT OF CALIFORNIA**

12

13  SEAN L. GILBERT,              No.  3:13-cv-01171-JSW
    KEEYA MALONE,
14  KIMBERLY BILBREW,          **DECLARATION OF DONALD J.**
    CHARMAINE B. AQUINO on behalf of   **PUTTERMAN IN SUPPORT OF**
15  themselves and all persons similarly situated,   **REQUEST FOR JUDICIAL**
                              **NOTICE**
16             Plaintiffs,

17      v.

18  BANK OF AMERICA, N.A. et al.,       Date:     January 24, 2014
                           Time:     9:00 a.m.
19             Defendants.         Courtroom: 11 – 19th Floor

20      I, DONALD J. PUTTERMAN, declare:

21        1.    I am an active member in good standing of the State Bar of California and a partner at

22  the law firm of Putterman Logan LLP, attorneys for Specially-Appearing Defendants Aaron Shoaf

23  and Effective Marketing Solutions, LLC; and Defendants MoneyMutual, LLC; London Bay Capital,

24  LLC; Montel Williams; Glenn McKay; PartnerWeekly, LLC; Selling Source, LLC; TSS Acquisition

25  Company, LLC; John Hashman; and Brian Rauch in the above-captioned action.  As shown in the

26  context below, I have personal knowledge of the facts stated in this declaration.

27

28

2.      Attached as Exhibit A hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "How It Works," https://moneymutual.com/how-it-works.

3.      Attached as Exhibit B hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "The MoneyMutual "Code of Lender Conduct"", https://moneymutual.com/code-of-conduct.

4.      Attached as Exhibit C hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "Information about short term loans," https://moneymutual.com/loan-fees-and-repayment.

5.      Attached as Exhibit D hereto is a true and correct copy of a screenshot obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "Montel Williams Endorses MoneyMutual," https://moneymutual.com/montel-williams.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2013 at Walnut Creek, California

                                                              /S/
                                                    Donald J. Putterman

# EXHIBIT A







# EXHIBIT B



Code of Lender Conduct | ...
MoneyMutual
Get up to $1,000 as soon as tomorrow!*
TV
MoneyMutual's online lending network is a cash advance source you can trust for finding a payday loan quickly and easily.
MONTEL WILLIAMS
APPLY NOW!
Let's get started...
First Name
Last Name
How much would you like to borrow?
Select One
Email
Zip
GET STARTED
Fast, Easy, and Safe
TRUSTe
McAfee SECURE
TESTED
VeriSign Trusted
The MoneyMutual "Code of Lender Conduct"
Lenders participating in the MoneyMutual Lending Network are required to adhere to the following Code of Lender Conduct
1 Lenders shall not use your information to sell other products or services, or otherwise market to your information.
2 Lenders shall not resell your information to any third-party, or otherwise use your information other than for the sole purpose of fulfilling the loan and/or communicating with you about your loan.
3 Lenders shall provide a customer service phone number and shall be responsive and helpful in addressing your concerns. The lender shall attend to your questions, issues and complaints in a reasonable and professional manner, within 2 business days of request.
4 Lenders shall clearly and conspicuously present you with all relevant information about the terms and conditions of the loan before obtaining your consent, including, but not limited to
• the amount of the loan,
• the term of the loan, including any renewal policies,
• schedule of payments, including when funds will be withdrawn,
• any fees or interest associated with the loan
• consequences of late payment or non-payment

Case3:13-cv-01171-JSW   Document65-3   Filed12/09/13   Page3 of 3

- any fees or interest associated with the loan.
- consequences of late payment or non-payment.

5. Lenders shall not engage in harassing or abusive collections practices and agree to comply with any and all applicable federal and state collections practices laws and regulations.

MoneyMutual regards lenders collections practices for compliance with this Code of Lender Conduct. In the event that MoneyMutual determines that a lender is not acting in accordance with this Code of Lender Conduct, that lender's participation in the MoneyMutual program is subject to suspension and/or possible termination.

# EXHIBIT C





MoneyMutual has the ability to connect you with over 60 short-term lenders that often can make a real-time decision about providing you a loan

## At MoneyMutual.com

## At Lender Site

**What kind of lenders can MoneyMutual match me with?**
MoneyMutual works with many types of lenders and each offers different types of loan products. Most of these lenders offer short-term loans that are meant to last about 2 to 4 weeks, depending on which lender you are matched with.

Those who are approved are often offered somewhere between $300 - $1000 depending on factors like your monthly income, how long you have had your job, etc. These loans are also sometimes referred to as payday loans, cash advance loans, payday advances, etc.

In addition to better serve the needs of our customers, MoneyMutual has also partnered with lenders



In addition to better serve the needs of our customers, MoneyMutual has also partnered with lenders that offer other types of loan products, such as installment loans, lines of credit, title loans, and auto equity loans.

**How much do I have to pay back? What is the APR?**

Since MoneyMutual is not a lender, we are not able to provide or advertise the actual terms, rates, annual percentage rates (APRs), or fees associated with the loan you may receive. The reason for this is that the terms, rates, APRs and fees vary from lender to lender.

If we are able to match you with a lender, you will be shown this information by that lender when we connect you with them.

Please review this information carefully and make sure that you understand how much money you will receive and how much you are required to payback.

Each lender should provide its loan terms clearly and in a way that is easy to understand. If you do not understand the terms of the loan, or don't agree with loan (including the APR), do not continue or agree to the terms and do not provide your electronic signature.

You are not obligated to accept loan terms for any reason, however you will not receive the loan if you do not agree.

**What happens if I don't pay the loan back on time or don't pay it back at all?**

If you accept the terms and conditions of the loan offered to you by the lender you are matched with you are agreeing to pay that loan back. Partial payment, non-payment or late payment of your loan may result in additional fees, legal collection action, or your failure to pay being reported to a consumer reporting agency.

Every lender has different terms and conditions for their loans. Most lenders are willing to work with you if you should need some help. If you have questions or need more information, please call your lender directly. Let them know that you were matched with them through MoneyMutual and they will be happy to help. If you have any issue contacting them, please let us know.

**What is the renewal policy for these types of loans?**

Renewal policies are different for every lender. As a convenience to you, some lenders may agree to alternative payment options. Some options may result in a renewal loan and additional loan fees. Please make sure to review your lender's renewal policies, and make your payment preferences known to your lender. If you have questions or need more information on renewal policies, please call your lender directly. Let them know that you were matched with them through MoneyMutual, and they will be happy to help. If you have any issue contacting them, please let us know.

MoneyMutual provides its services in compliance with Federal and applicable law. We work hard to provide a quick and easy service for our customers. If you have any questions, issues or concerns, please contact us immediately at (800) 741-3300 or customerservice@moneymutual.com

You may also contact us via snail mail at the address below.

MoneyMutual
8174 S. Las Vegas Blvd. Suite #109-432
Las Vegas, NV 89123



# EXHIBIT D



DONALD J. PUTTERMAN (BAR NO. 90822)
PUTTERMAN LOGAN LLP
580 California Street, 12th Floor
San Francisco, CA 94104

Mail service address:
2175 N. California Blvd, Suite 805
Walnut Creek, California 94596

Tel: (415) 839-8779
Fax: (415) 376-0956
E-mail: dputterman@plglawyers.com
Attorneys for Defendants MoneyMutual, LLC; London Bay
Capital, LLC; Montel Williams; Glenn McKay; PartnerWeekly,
LLC; Selling Source, LLC; TSS Acquisition Company, LLC;
John Hashman; Brian Rauch

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT,<br>KEEYA MALONE,<br>KIMBERLY BILBREW,<br>CHARMAINE B. AQUINO on behalf of<br>themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. et al.,<br><br>Defendants. | No.  3:13-cv-01171-JSW<br><br>**DECLARATION OF DONALD J.<br>PUTTERMAN IN SUPPORT OF<br>REQUEST FOR JUDICIAL<br>NOTICE**<br><br><br><br>Date:        January 24, 2014<br>Time:        9:00 a.m.<br>Courtroom: 11 – 19th Floor |

I, DONALD J. PUTTERMAN, declare:

1.     I am an active member in good standing of the State Bar of California and a partner at

the law firm of Putterman Logan LLP, attorneys for Specially-Appearing Defendants Aaron Shoaf

and Effective Marketing Solutions, LLC; and Defendants MoneyMutual, LLC; London Bay Capital,

LLC; Montel Williams; Glenn McKay; PartnerWeekly, LLC; Selling Source, LLC; TSS Acquisition

Company, LLC; John Hashman; and Brian Rauch in the above-captioned action.  As shown in the

context below, I have personal knowledge of the facts stated in this declaration.

2.    Attached as Exhibit A hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "How It Works," https://moneymutual.com/how-it-works.

3.    Attached as Exhibit B hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "The MoneyMutual "Code of Lender Conduct"", https://moneymutual.com/code-of-conduct.

4.    Attached as Exhibit C hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "Information about short term loans," https://moneymutual.com/loan-fees-and-repayment.

5.    Attached as Exhibit D hereto is a true and correct copy of a screenshot obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "Montel Williams Endorses MoneyMutual," https://moneymutual.com/montel-williams.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2013 at Walnut Creek, California

/S/
_____
Donald J. Putterman

EXHIBIT A







# EXHIBIT B





- any fees or interest associated with the loan.
- consequences of late payment or non-payment.

5. Lenders shall not engage in harassing or abusive collections practices and agree to comply with any and all applicable federal and state collections practices laws and regulations.

MoneyMutual regularly monitors lender practices for compliance with this Code of Lender Conduct. In the event that MoneyMutual determines that a lender is not acting in accordance with this Code of Lender Conduct, that lender's participation in the MoneyMutual program is subject to suspension and/or possible termination.

# EXHIBIT C







moneymutual.com

Payday Loans Fees and Rep... ×

In addition to better serve the needs of our customers, MoneyMutual has also partnered with lenders that offer other types of loan products, such as installment loans, lines of credit, title loans, and auto equity loans.

**How much do I have to pay back? What is the APR?**

Since MoneyMutual is not a lender we are not able to provide or advertise the actual terms, rates, annual percentage rates (APRs), or fees associated with the loan you may receive. The reason for this is that the terms, rates, APRs and fees vary from lender to lender.

If we are able to match you with a lender, you will be shown this information by that lender when we contact you with them.

Please review this information carefully and make sure that you understand how much money you will receive and how much you are required to payback.

Each lender should provide all their terms clearly, and in a way that is easy to understand. If you do not understand the terms of the loan or don't agree with them (including the APR), do not continue or agree to the terms and do not provide your electronic signature.

You are not obligated to accept the terms for any reason, however, you will not receive the loan if you do not agree.

**What happens if I don't pay the loan back on time or don't pay it back at all?**

If you accept the terms and conditions of the loan offered to you by the lender you are matched with, you are agreeing to pay that loan back. Partial payment, non-payment or late payment of your loan may result in additional fees, legal collection action or your failure to pay being reported to a consumer reporting agency.

Every lender has different terms and conditions for their loans. Most lenders are willing to work with you if you should need some help. If you have questions or need more information, please call your lender directly. We let them know that you were matched with them through MoneyMutual and they will be happy to help. If you have any issue contacting them, please let us know.

**What is the renewal policy for these types of loans?**

Renewal policies are different for every lender. As a convenience to you, some lenders may agree to alternative payment options. Some options may result in a renewed loan and additional loan fees. Please make sure to review your lender's renewal policies and make your payment preferences known to your lender. If you have questions or need more information on renewal policies, please call your lender directly. Let them know that you were matched with them through MoneyMutual and they will be happy to help. If you have any issue contacting them, please let us know.

MoneyMutual provides its services in compliance with Federal and applicable law. We work hard to provide a quick and easy service for our customers. If you have any questions, issues or concerns, please contact us immediately at (800) 741-1309 or customerservice@moneymutual.com

You may also contact us via snail mail at the address below.

MoneyMutual
8174 S. Las Vegas Blvd. Suite #109-432
Las Vegas, NV 89123



# EXHIBIT D



1   DONALD J. PUTTERMAN (BAR NO. 90822)
    PUTTERMAN LOGAN LLP
2   580 California Street, 12th Floor
    San Francisco, CA 94104
3
    Mail service address:
4   2175 N. California Blvd, Suite 805
    Walnut Creek, California 94596
5
    Tel: (415) 839-8779
6   Fax: (415) 376-0956
    E-mail: dputterman@plglawyers.com
7   Attorneys for Defendants MoneyMutual, LLC; London Bay
    Capital, LLC; Montel Williams; Glenn McKay; PartnerWeekly,
8   LLC; Selling Source, LLC; TSS Acquisition Company, LLC;
    John Hashman; Brian Rauch
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
    SEAN L. GILBERT,                      No.   3:13-cv-01171-JSW
13  KEEYA MALONE,
    KIMBERLY BILBREW,                     DECLARATION OF DONALD J.
14  CHARMAINE B. AQUINO on behalf of      PUTTERMAN IN SUPPORT OF
    themselves and all persons similarly situated,   REQUEST FOR JUDICIAL
15                                        NOTICE
                   Plaintiffs,
16
         v.
17
    BANK OF AMERICA, N.A. et al.,
18                                        Date:      January 24, 2014
                   Defendants.           Time:      9:00 a.m.
19                                        Courtroom: 11 – 19th Floor

20       I, DONALD J. PUTTERMAN, declare:

21       1.     I am an active member in good standing of the State Bar of California and a partner at

22  the law firm of Putterman Logan LLP, attorneys for Specially-Appearing Defendants Aaron Shoaf

23  and Effective Marketing Solutions, LLC; and Defendants MoneyMutual, LLC; London Bay Capital,

24  LLC; Montel Williams; Glenn McKay; PartnerWeekly, LLC; Selling Source, LLC; TSS Acquisition

25  Company, LLC; John Hashman; and Brian Rauch in the above-captioned action. As shown in the

26  context below, I have personal knowledge of the facts stated in this declaration.

27

28

                                        1

2.       Attached as Exhibit A hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "How It Works," https://moneymutual.com/how-it-works.

3.       Attached as Exhibit B hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "The MoneyMutual "Code of Lender Conduct"", https://moneymutual.com/code-of-conduct.

4.       Attached as Exhibit C hereto are true and correct copies of screenshots obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "Information about short term loans," https://moneymutual.com/loan-fees-and-repayment.

5.       Attached as Exhibit D hereto is a true and correct copy of a screenshot obtained on November 22, 2013 from the URL of the page of MoneyMutual's website entitled "Montel Williams Endorses MoneyMutual," https://moneymutual.com/montel-williams.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 9, 2013 at Walnut Creek, California

/S/
_____
Donald J. Putterman

# EXHIBIT A







# EXHIBIT B



MoneyMutual

Get up to $1,000 as
soon as tomorrow!*

MoneyMutual's secure lending network is a cash
advance source you can trust for finding a payday loan
quickly and easily.

MONTEL WILLIAMS

**APPLY NOW!**

Let's get started...

First Name               Last Name

How much would you
like to borrow?                    Select One

Email                    Zip

**GET STARTED**
Fast, Easy, and Safe.

McAfee
SECURE
TESTED   27-NOV

## The MoneyMutual "Code of Lender Conduct"

Lenders participating at the MoneyMutual Lending Network are required to adhere to the following Code
of Lender Conduct.

1   Lenders shall not use your information to sell other products or services  or otherwise market
    to your information

2   Lenders shall not resell your information to any third-party, or otherwise use your information
    other than for the sole purpose of fulfilling the loan and/or communicating with you about your
    loan

3   Lenders shall provide a customer service phone number and shall be responsive and helpful
    in addressing your concerns  The lender shall attend to your questions, issues and
    complaints in a reasonable and professional manner, within 2 business days of request

4   Lenders shall clearly and conspicuously present you with all relevant information about the
    terms and conditions of the loan before obtaining your consent, including, but not limited to

    • the amount of the loan

    • the term of the loan, including any renewal policies,

    • schedule of payments, including when funds will be withdrawn,

    • any fees or interest associated with the loan

    • consequences of late payment or non-payment,



- any fees or interest associated with the loan.
- consequences of late payment or non-payment.

5 Lenders shall not engage in harassing or abusive collections practices and agree to comply with any and all applicable federal and state collections practices laws and regulations.

MoneyMutual regularly monitors lender practices for compliance with this Code of Lender Conduct. In the event that MoneyMutual determines that a lender is not acting in accordance with this Code of Lender Conduct, that lender's participation in the MoneyMutual program is subject to suspension and/or possible termination.

EXHIBIT C







as payday loans, cash advance loans, payday advances etc.

In addition to better serve the needs of our customers, MoneyMutual has also partnered with lenders that offer other types of loan products, such as installment loans, lines of credit, title loans, and auto equity loans.

**How much do I have to pay back? What is the APR?**

Since MoneyMutual is not a lender, we are not able to provide or advertise the actual terms, rates, annual percentage rates (APRs), or fees associated with the loan you may receive. The reason for this is that the terms - rates, APRs and fees vary from lender to lender.

If we are able to match you with a lender, you will be shown this information by that lender when we connect you with them.

Please review this information carefully, and make sure that you understand how much money you will receive and how much you are required to payback.

Each lender should provide its loan terms clearly, and in a way that is easy to understand. If you do not understand the terms of the loan, or do not agree with them (including the APR), do not continue or agree to the terms and do not provide your electronic signature.

You are not obligated to accept the terms for any reason, however, you will not receive the loan if you do not agree.

**What happens if I don't pay the loan back on time or don't pay it back at all?**

If you accept the terms and conditions of the loan offered to you by the lender you are matched with you are agreeing to pay that loan back. Partial payment, non-payment or late payment of your loan may result in additional fees, legal collection action, or your failure to pay being reported to a consumer reporting agency.

Every lender has different terms and conditions for their loans. Most lenders are willing to work with you if you should need some help. If you have questions or need more information, please call your lender directly. Let them know that you were matched with them through MoneyMutual, and they will be happy to help. If you have any issue contacting them, please let us know.

**What is the renewal policy for these types of loans?**

Renewal policies are different for every lender. As a convenience to you, some lenders may agree to alternative payment options. Some options may result in a renewed loan and additional loan fees. Please make sure to review your lender's renewal policies, and make your payment preferences known to your lender. If you have questions or need more information on renewal policies, please call your lender directly. Let them know that you were matched with them through MoneyMutual, and they will be happy to help. If you have any issue contacting them, please let us know.

MoneyMutual provides its services in compliance with Federal and applicable state law. We work hard to provide a quick and easy service for our customers. If you have any questions, issues or concerns, please contact us immediately at 800-741-3301 or customerservice@moneymutual.com.

You may also contact us via snail mail at the address below.

MoneyMutual
8174 S. Las Vegas Blvd. Suite #109-432
Las Vegas, NV 89123



# EXHIBIT D

