# EXHIBIT E

## MADSEN DECLARATION



























