# EXHIBIT E

MADSEN DECLARATION

# LODGED CONDITIONALLY UNDER SEAL