DONALD J. PUTTERMAN (BAR NO. 90822)
MICHELLE L. LANDRY (BAR NO. 190080)
PUTTERMAN LOGAN LLP
One Maritime Plaza
300 Clay Street, Suite 1925
San Francisco, CA 94111
Tel:     (415) 839-8779
Fax:    (415) 376-0956
E-mail:  dputterman@plglawyers.com
         mlandry@plglawyers.com

Attorneys for Defendants
MoneyMutual, LLC, Selling Source, LLC, Montel Brian Anthony Williams, Glenn McKay, PartnerWeekly, LLC, John Hashman, Brian Rauch, Samuel W. Humphreys, Douglas Tulley, and Alton F. Irby III

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| SEAN L. GILBERT, KEEYA MALONE, KIMBERLY BILBREW, CHARMAINE B. AQUINO, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. 4:13-cv-01171-JSW<br><br>**DECLARATION OF TIM MADSEN IN SUPPORT OF THE MONEYMUTUAL DEFENDANTS' AND MONTEL WILLIAMS' OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLASSES [CORRECTED TO STATE DATE AND PLACE OF EXECUTION]**<br><br>Date: January 8, 2016<br>Time: 9:00 A.M.<br>Dept. 5<br>Hon.  Jeffrey S. White, District Judge |

TIM MADSEN declares as follows:

1. I am President of Defendant PartnerWeekly, LLC ("PartnerWeekly"). I have personal knowledge of the facts stated herein. If required, I could and would testify competently under oath thereto.

2. PartnerWeekly's business consists of obtaining and offering 'leads' – information concerning persons who have identified themselves over the internet as interested in obtaining short-term personal loans – via a real-time, electronic system to potential lenders who have contracted with PartnerWeekly for the opportunity to review and potentially acquire leads meeting parameters established by individual lenders in their own discretion.

3. PartnerWeekly obtains such leads from three primary sources. Some leads are obtained through moneymutual.com, a website owned by MoneyMutual LLC, an affiliate of PartnerWeekly. Consumers can submit information by filling out a form on the MoneyMutual website. Those leads are received by PartnerWeekly almost immediately through a real-time electronic system.

4. Other leads are provided to PartnerWeekly by independent, third-party 'affiliate' website operators, described by PartnerWeekly as Publishers, with whom, after screening, PartnerWeekly contracts to receive leads through real-time electronic systems. Those leads also are received by PartnerWeekly almost immediately through real-time electronic systems. In addition, while leads generated by MoneyMutual are provided only to PartnerWeekly, independent Publishers are able to sell leads to other, independent lead generators as well as to PartnerWeekly  Some of those other third-party lead generators are also  Publishers contractually affiliated with PartnerWeekly, so that a lead generated by one Publisher may be received by PartnerWeekly not only from that affiliated Publisher, but in real time from other contractually-affiliated Publishers who have acquired that lead from the original lead generator. Consequently, a lead originating from information submitted by a consumer to one affiliated Publisher may be received almost simultaneously in PartnerWeekly's system from multiple other affiliated Publishers; in fact, there is no assurance that the original website to which consumer information was actually submitted is itself a PartnerWeekly-

affiliated Publisher, and therefore may not itself be the source of a lead to PartnerWeekly. Since multiple copies of the original lead may appear in PartnerWeekly's system as originating from different Publishers, each constitutes a separate lead which will be circulated in real-time to potential lenders under contract with PartnerWeekly, within the span of a very few minutes.

5. Finally, some affiliated Publishers do not maintain regular websites with forms which can be filled out by potential borrowers, but only maintain internet pop-ups or banners. These Publishers redirect persons who click on the banner or pop-up to an internal web page maintained by PartnerWeekly which includes the same form as that on the MoneyMutual website, to be filled out by a consumer interested in submitting information to be connected with a potential short-term lender. These Publishers also may redirect to other lead generation websites as well.

6. PartnerWeekly offers leads for review and acquisition only to screened lenders who have contracted with PartnerWeekly. A true and correct copy of the proprietary PartnerWeekly contractual form which lenders must sign if they wish to review and acquire leads from PartnerWeekly, is attached as Exhibit A hereto. Paragraph 7, entitled Use of Lead Data, imposes numerous obligations on contracting lenders with regard to their use of lead data, including a prohibition on marketing anything other than loans to leads. If a lender is offered a lead but does not accept it, the lender is obligated to "wipe, erase or otherwise delete" the lead and associated lead data from its systems. The lender is prohibited from disclosing, reselling or using the lead for any other purpose than fulfilling a transaction and following up with the person who is the subject of the lead. In Paragraph 8, the contracting lender also makes numerous representations and warranties concerning, among other things, the safeguarding and security of lead information and, if acquiring leads generated by MoneyMutual (as opposed to leads generated by affiliate Publishers), for compliance with the MoneyMutual Code of Lender Conduct. PartnerWeekly requires this condition only for leads generated from moneymutual.com because it has no ability to supervise or control on an ongoing basis statements which may be made on affiliated Publisher websites. Neither PartnerWeekly nor MoneyMutual have any contact at all with prospective borrowers who create

leads by submitting information to affiliated Publishers, and therefore make no representations or statements of any kind to those persons.

7. PartnerWeekly offers leads in its system only to contracting lenders, and only pursuant to the terms and conditions in its contractual form attached as Exhibit A hereto. However, PartnerWeekly has no knowledge concerning to whom affiliated Publishers may offer leads other than PartnerWeekly itself, and the terms and conditions on which such leads may be offered to other parties.

8. As noted, PartnerWeekly screens lenders wishing to contract with PartnerWeekly. In addition, PartnerWeekly monitors lenders in various ways, including in particular through consumer complaints which, if received, are followed-up with the lender. Neither Selling Source, PartnerWeekly nor MoneyMutual have ever been copied by any California governmental entity with any cease-and-desist orders issued against short-term lenders which may have done business with PartnerWeekly, and are not otherwise informed of them. are

9. PartnerWeekly maintains an ongoing electronic database which includes all leads which have been offered since September, 2009 to contracting lenders through PartnerWeekly's real-time electronic system. The database reports generated for this case include basic identifying information concerning the lead itself, including the person's name, address, phone numbers and the email address from which the person submitted his or her information; the date and time when the lead is received by PartnerWeekly (again, because all such transactions are conducted in real-time via electronic systems, leads are received by PartnerWeekly very shortly after information is submitted to a website); information concerning the source of the lead to PartnerWeekly (either MoneyMutual or an affiliated Publisher); whether the lead "FAILED," meaning that it was not acquired by any lender to whom the lead was circulated, or was "COMPLETED," meaning the lead was acquired by a lender to whom it was circulated and, if so, the identity of the contracting lender as recorded by PartnerWeekly.

10. A lead recorded in the database as either "FAILED" or "COMPLETED" is not recirculated by PartnerWeekly.

11. Any lead in the database shown as having originated from MoneyMutual is the result of information submitted on the date and at the time shown for that lead on the database. When a lead is submitted through one or more Publishers, the database typically shows a group of submissions very closely related in date and time from different, non-MoneyMutual publishers. The group may or may not include the original website to which the consumer submitted information, depending on whether or not the website operator itself is a PartnerWeekly-affiliated Publisher. An example is provided below.

12. The PartnerWeekly database extends only to showing whether leads were or were not acquired by contracting lenders. It does not show whether a loan ultimately resulted from the acquisition of a lead and, if so, the terms, conditions and subsequent history and repayment of any such loan.

13. Since approximately 2013, most of the so-called "offshore lenders" identified in Plaintiffs' Fourth Amended Complaint as having acquired leads from any of the MoneyMutual Defendants, have gone out of business, and to the best of my knowledge no longer exist.

14. Attached as Exhibit B hereto is a true and correct copy of an excerpt from the PartnerWeekly database for leads created by information submitted by Plaintiff Keeya Malone, also marked as Deposition Exhibit 3. It reflects that Ms. Malone made six separate submissions of information, three to moneymutual.com or its related website, callmoneymutual.com, and three to other Publishers. Five of the six leads were acquired by contracting lenders. The last submission of information for a potential loan was made by Ms. Malone on September 27, 2014 through moneymutual.com, and the lead was acquired by SCIL, Inc., dba Speedy Cash. We have no knowledge of the subsequent history concerning the "COMPLETED" leads.

15. Attached as Exhibit C hereto is a true and correct copy of an excerpt from the PartnerWeekly database for leads created by information submitted by Plaintiff Kimberly Bilbrew, also marked as Deposition Exhibit 16. This excerpt includes an example of the circumstances I have described above, concerning information submitted to an affiliated Publisher which was sold as a lead to PartnerWeekly by several affiliated Publishers: The database shows receipt of five leads

4                              CASE NO. 4:13-cv-01171-JSW
[CORRECTED] MADSEN DECL. ISO THE MONEY MUTUAL DEFS' OPPOSITION TO PLFS' MOT. TO CERTIFY

1  concerning Ms. Bilbrew within a span of two minutes on January 29, 2013 from five different
2  affiliated Publishers, all of which "FAILED" (meaning that they were not acquired by any lender).
3  These five leads would have been the result of one information submission by Ms. Bilbrew, although
4  it is impossible for us to determine whether the original website to which Ms. Bilbrew submitted
5  information was itself an affiliated Publisher.  Three other submissions by Ms. Bilbrew through
6  moneymutual.com, on January 30, February 4 and April 1, 2013, respectively, were acquired as leads
7  by three lenders, Ms. Bilbrew again submitted information through moneymutual.com on July 22,
8  2013, but that lead "FAILED" to find a buyer.

9        16.    Attached as Exhibit D hereto is a true and correct copy of an excerpt from the
10 PartnerWeekly database for leads created by information submitted by Plaintiff Charmaine Aquino,
11 also marked as Deposition Exhibit 36.  It reflects that Ms. Aquino never submitted information for a
12 loan through moneymutual.com, and that PartnerWeekly only received leads concerning Ms. Aquino
13 from affiliated Publishers.  It can be read in the same manner as described above for the database
14 excerpts concerning Plaintiffs Malone and Bilbrew.

15       17.    Attached as Exhibit E hereto is a true and correct copy of an excerpt from the
16 PartnerWeekly database for leads created by information submitted by Plaintiff Sean Gilbert (except
17 for the first two leads on the first page, which refer to another "Sean Gilbert"), also marked as
18 Deposition Exhibit 50.  It can be read in the same manner as described above for the database
19 excerpts concerning Plaintiffs Malone and Bilbrew.

20       18.    The original of this Declaration was executed on December 17, 2015 at Kansas City,
21 Missouri.  This corrected Declaration is being submitted to correct that accidental omission.

22       I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is
23 true and correct.  Executed on December 21, 2015 at Kansas City, Missouri.

*[signature]*
Tim Madsen

5    CASE NO. 4:13-cv-01171-JSW
[CORRECTED] MADSEN DECL. ISO THE MONEY MUTUAL DEFS' OPPOSITION TO PLFS' MOT. TO CERTIFY