1  DONALD J. PUTTERMAN (BAR NO. 90822)
   MICHELLE L. LANDRY (BAR NO. 190080)
2  PUTTERMAN LOGAN LLP
   One Maritime Plaza
3  300 Clay Street, Suite 1925
   San Francisco, CA 94111
4  Tel:       (415) 839-8779
   Fax:       (415) 376-0956
5  E-mail:    dputterman@plglawyers.com
              mlandry@plglawyers.com
6
   Attorneys for Defendants
7  MoneyMutual, LLC, Selling Source, LLC, Montel Brian Anthony
   Williams, Glenn McKay, PartnerWeekly, LLC, John Hashman,
8  Brian Rauch, Samuel W. Humphreys, Douglas Tulley, and
   Alton F. Irby III

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (OAKLAND DIVISION)

| | |
|---|---|
| SEAN L. GILBERT, KEEYA MALONE, KIMBERLY BILBREW, CHARMAINE B. AQUINO, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. 4:13-cv-01171-JSW<br><br>**THE MONEYMUTUAL DEFENDANTS' AND MONTEL WILLIAMS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NO. 299**<br><br>Judge:  The Hon. Jeffrey S. White<br><br>Action Filed:  February 11, 2013<br>Trial Date:    Not Set |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that Defendants, MoneyMutual, LLC, Glenn McKay, PartnerWeekly, LLC, John Hashman, Brian Rauch, Samuel W. Humphreys, Douglas Tulley, and Alton F. Irby III (collectively, "the MoneyMutual Defendants") and Montel Williams respectfully request submit this Motion to Remove Incorrectly Filed Document No. 299.  When electronically filing Docket Item No. 299 (*The MoneyMutual Defendants' and Montel Williams' Opposition to Plaintiffs' Motion to Certify Class*), The MoneyMutual Defendants' counsel inadvertently included unredacted copies of Exhibits B, C, D, and E to the Declaration of Tim Madsen in support of The MoneyMutual Defendants' and Montel Williams' Opposition to Motion to Certify Class and Exhibits G, N, T and AA to the Declaration of Donald J. Putterman in support of The MoneyMutual Defendants' and Montel Williams' Opposition to Motion to Certify Class (attachments 3, 6, 8, 10,12, and 13 to document No. 229).

These exhibits contain database excerpts containing address information and telephone numbers from the plaintiffs that they input to apply for loans.  The MoneyMutual Defendants wish to protect the privacy of the applicants and therefore request that the court enter an order sealing the above exhibits.  The exhibits also list PartnerWeekly's Publisher affiliates, the identities of which are confidential, proprietary information of the MoneyMutual Defendants and which would, if publicly available, give the MoneyMutual Defendants' competitors and unfair competitive advantage.  It is therefore very important to the MoneyMutual Defendants that the confidentiality of this proprietary information be preserved, as well as Plaintiffs' private and personal information.  See Motion to Seal Docket Item No. 234.

After discovering the error, The MoneyMutual Defendants and Williams' counsel contacted the ECF Help Desk to put a temporary lock on the document.  The MoneyMutual Defendants' counsel also filed a corrected version of *The MoneyMutual Defendants' and Montel Williams' Opposition to Plaintiffs' Motion to Certify Class,* Docket Item No. 234.

/ /

/ /

/ /

Accordingly, The MoneyMutual Defendants' and Montel Williams' request that Docket Item No. 299 be permanently deleted from the docket.

Dated: December 18, 2015

                                  PUTTERMAN LOGAN LLP

                 By:  /S/ Donald J. Putterman
                      Donald J. Putterman
                      Attorneys for Defendants
                      MoneyMutual, LLC, Selling Source, LLC, Montel Brian Anthony Williams, Glenn McKay, PartnerWeekly, LLC, John Hashman, Brian Rauch, Samuel W. Humphreys, Douglas Tulley, and Alton F. Irby III