United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MONEYMUTUAL, LLC, et al.,<br><br>    Defendants. | Case No. 4:13-cv-01171-JSW<br><br>**CLERK'S NOTICE CONTINUING HEARING ON MOTIONS**<br><br>Re: Dkt. Nos. 226 and 227 |

YOU ARE HEREBY NOTIFIED that on **February 5, 2016 at 9:00 A.M.**, in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, the HONORABLE JEFFREY S. WHITE will conduct the **Motion to Amend (doc. 226) and Motion to Certify (doc. 227),** previously noticed for January 8, 2016, in this matter.

Dated: January 4, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By: _____*Jennifer Ottolini*_____
    Jennifer Ottolini, Deputy Clerk to the
    Honorable JEFFREY S. WHITE
    510-637-3541