DONALD J. PUTTERMAN (BAR NO. 90822)
MICHELLE L. LANDRY (BAR NO. 190080)
PUTTERMAN LOGAN LLP
One Maritime Plaza
300 Clay Street, Suite 1925
San Francisco, CA 94111
Tel:     (415) 839-8779
Fax:     (415) 376-0956
E-mail:  dputterman@plglawyers.com
         mlandry@plglawyers.com

Attorneys for Defendants
MoneyMutual, LLC, Selling Source, LLC, Montel Brian Anthony
Williams, Glenn McKay, PartnerWeekly, LLC, John Hashman,
Brian Rauch, Samuel W. Humphreys, Douglas Tulley, and
Alton F. Irby III

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | |
|---|---|
| SEAN L. GILBERT, KEEYA MALONE, KIMBERLY BILBREW, CHARMAINE B. AQUINO, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. 4:13-cv-01171-JSW<br><br>**[PROPOSED] ORDER GRANTING THE MONEYMUTUAL DEFENDANTS' AND MONTEL WILLIAMS' CORRECTED MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NO. 229**<br><br>Judge:  The Hon. Jeffrey S. White<br><br>Action Filed:  February 11, 2013<br>Trial Date:     Not Set |

1  Before the Court is Defendants MoneyMutual, LLC, Selling Source, LLC, Glenn McKay, PartnerWeekly, LLC, John Hashman, Brian Rauch, Samuel W. Humphreys, Douglas Tulley, and Alton F. Irby III (collectively, "the MoneyMutual Defendants") and Montel Williams Corrected Motion to Remove Incorrectly Filed Document No. 229. Having reviewed the papers submitted in support of the motion, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED and Document #229 shall be permanently deleted from the docket.

IT IS SO ORDERED. This Order also terminates docket no. 235.

Dated: January 7, 2016

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE