United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>MONEYMUTUAL, LLC, et al.,<br><br>   Defendants. | Case No. 13-cv-01171-JSW<br><br>**ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL AND ORDER TO SHOW CAUSE TO PLAINTIFFS' COUNSEL**<br><br>Re: Docket No. 245 |

On January 8, 2016, Defendants filed an administrative motion to seal documents that Plaintiffs filed in connection with the pending motion for class certification. Plaintiffs have opposed that motion. The Court HEREBY ORDERS the parties to submit additional briefing on the proper standard of review to be applied to resolving the motion to seal. *See, e.g., Center for Auto Safety v. Chrysler Group*, No. 15-55084, Slip. Op. at 11-12, 17-18 (9th Cir. Jan. 11, 2016). The parties' supplemental briefs shall be due by no later than January 22, 2016.

Defendants also note that the documents at issue had been designated as confidential pursuant to a protective order entered in a companion case pending in state court. There is no protective order in this case. However, Northern District Local Rule 79-5(e) expressly sets forth procedures about filing documents under seal that have been designated as confidential by an opposing party or a non-party. N.D. Civ. L.R. 79-5(e)(1). Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why they should not be sanctioned in the amount of $250.00 for failure to comply with the procedures set forth in that rule.

//

//

//

      Plaintiffs' response to this Order to Show Cause shall be due by no later than January 22, 2016.

**IT IS SO ORDERED.**

Dated: January 13, 2016

                                                  _____
                                                  JEFFREY S. WHITE
                                                  United States District Judge