UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, et al., <br> Plaintiffs, <br> v. <br> MONEYMUTUAL, LLC, et al., <br> Defendants. | Case No. 13-cv-01171-JSW <br><br> **ORDER REQUIRING SUR-REPLIES FROM DEFENDANTS** <br><br> Re: Docket No. 226 |

The parties are scheduled to appear on February 5, 2016 for a hearing on Plaintiffs': (1) motion for leave to file a Fifth Amended Complaint; and (2) motion for class certification. One of the primary disputes in both motions relates to Plaintiffs' request to add a new "main class" in addition to the three subclasses identified in the Fourth Amended Complaint (hereinafter the "Main Class")

In each of their reply briefs, Plaintiffs clarify the scope of the Main Class and make clear that the Main Class will only seek relief on the claim for violations of California Deferred Deposit Transactions Law ("CDDTL Claim"). In light of these clarifications, the Court finds that sur-replies from the Defendants would assist the Court in resolving both motions. Accordingly, by no later than January 25, 2016, Defendants shall file sur-replies on each motion – limited specifically to the impact of the clarified definition of the Main Class and the fact that this class will only seek relief on the CDDTL claim.

//

//

//

//

1 These sur-replies shall not exceed seven (7) pages.

2 **IT IS SO ORDERED.**

3 Dated: January 19, 2016

JEFFREY S. WHITE
United States District Judge