UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONEYMUTUAL, LLC, et al., <br><br> Defendants. | Case No. 13-cv-01171-JSW <br><br> **ORDER VACATING HEARING DATE** <br><br> Re: Docket No. 227 |

Pursuant to Civil Local Rule 7-1(b), the court finds that Plaintiff's motion for class certification, which has been noticed for hearing on February 5, 2016, is appropriate for decision without oral argument.

Accordingly, the Court VACATES the hearing date. The Court takes motion under submission and will decide it on the papers.

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
JEFFREY S. WHITE
United States District Judge