UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>MONEYMUTUAL, LLC, et al.,<br><br>  Defendants. | Case No. 13-cv-01171-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DISCOVERY DEADLINES**<br><br>Re: Docket No. 258 |

The Court has received and considered the parties' joint case management conference statement. The Court CONTINUES the case management conference currently scheduled for March 4, 2016. At this time, the Court will set deadlines for discovery according to the parties' proposed schedule, although the Court will entertain requests to modify this schedule upon a showing of good cause.

All fact discovery shall be completed by August 31, 2016.

The parties shall disclose their experts by September 30, 2016.

The parties shall disclose any rebuttal experts by October 31, 2016.

All expert discovery shall be completed by November 30, 2016.

The parties shall appear for a further case management conference on August 19, 2016.

The parties shall submit an updated case management conference statement on August 12, 2016.[1]

//

---

[1] The Court is familiar with motion practice to date and the outcome of those motions. Accordingly, the parties need not summarize the motions that have been filed to date in that updated case management statement. Rather, the parties only should address any motions they anticipate filing.

1  At that time, the Court expects that the parties will be better prepared to set dates and
2  deadlines for dispositive motions, pretrial and trial.
3  **IT IS SO ORDERED.**
4  Dated: February 19, 2016

JEFFREY S. WHITE
United States District Judge