UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MONEYMUTUAL, LLC, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01171-JSW<br><br>**ORDER ACCEPTING SUBSTITUTIONS OF COUNSEL**<br><br>Re: Docket Nos. 266-289 |

Defendants have filed a number of consent substitutions of counsel, which reflect that Defendants' former firm, Putterman & Logan, LLP is now Putterman, Logan & Yu, LLP, although the address of the firm and attorneys representing defendants remain the same. Although it appears that Defendants could simply have submitted a notice of firm name change, to the extent that the change represents the formation of a new firm, the Court GRANTS each of those requests by this Order. *See* N.D. Civ. L.R. 5-1(c)(2)(e).

**IT IS SO ORDERED.**

Dated: April 8, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge