UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SEAN L. GILBERT, *et al.*, | Case No. 13-cv-01171-JSW (LB) |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| MONEY MUTUAL, LLC, *et al.*, | [Re: ECF No. 338] |
| Defendants. | |

The plaintiffs in this case challenge payday loans that they allege were illegal primarily because the lenders were unlicensed.[1] The latest discovery dispute is the letter brief at ECF No. 338.[2] The court finds that it can determine two issues without oral argument under Civil Local Rule 7-1(b) and sets the third for a hearing on July 21, 2016, at 9:30 a.m. Counsel may appear by telephone. The court rules as follows.

    1. <u>Interrogatory 10</u>: There is no dispute here. Selling Source's response is sufficient.

    2. <u>Interrogatory 11</u>: The interrogatory is not vague. Selling Source must respond with its websites used during the class period that would have been used to refer California residents to

---

[1] *See* Fifth Amendment Complaint — ECF No. 256. Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Joint Letter Brief — ECF No. 332.

ORDER (No. 13-cv-01171-JSW (LB))

1  lenders. It appears it has done this sufficiently by disclosing the list of California residents with
2  associated URL sites.
3      3.  <u>Interrogatory 12</u>:  The court will hold a hearing on July 21.
4  **IT IS SO ORDERED.**
5  Dated: July 14, 2016

                                  LAUREL BEELER
                                  United States Magistrate Judge