DONALD J. PUTTERMAN (BAR NO. 90822)
MICHELLE L. LANDRY (BAR NO. 190080)
TOBIAS G. SNYDER (BAR NO. 289095)
PUTTERMAN LANDRY + YU LLP
353 Sacramento Street, Suite 560
San Francisco, CA 94111
Tel:      (415) 839-8779
Fax:     (415) 737-1363
E-mail:  dputterman@plylaw.com
         mlandry@plylaw.com
         tsnyder@plylaw.com

Attorneys for Defendants
MoneyMutual, LLC, Selling Source, LLC, PartnerWeekly, LLC,
Glenn McKay, Brian Rauch, John Hashman, Douglas Tulley,
Samuel Humphreys, Alton Irby, III
and Montel Brian Anthony Williams

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| SEAN L. GILBERT, KEEYA MALONE, KIMBERLY BILBREW, CHARMAINE B. AQUINO, on behalf of themselves and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | No. 4:13-cv-01171-JSW<br><br>**[PROPOSED]** ORDER GRANTING THE MONEYMUTUAL DEFENDANTS' AND MONTEL WILLIAMS' ADMINISTRATIVE MOTION TO ENLARGE TIME AND CHANGE HEARING DATE ON DEFENDANTS' MOTION TO DECERTIFY THE CLASS AND/OR TO DISQUALIFY JEFFREY WILENS AND JEFFREY SPENCER<br><br>Action Filed:   February 11, 2013<br>Trial Date:      Not Set |

CASE NO. 4:13-cv-01171-JSW

[PROPOSED] ORDER GRANTING THE MONEYMUTUAL DEF.'S AND WILLIAMS' ADMIN. MOTION TO ENLARGE
TIME AND CHANGE HEARING DATE ON DEF.'S MOTION TO DECERTIFY THE CLASS AND/OR DISQUALIFY

      Having read the papers submitted in support of and in opposition to the motion, and good cause appearing therefor,

      IT IS HEREBY ORDERED that the Defendants' motion to change time on their Motion to Decertify the Class and/or Disqualify Jeffrey Wilens and Jeffrey Spencer (the "Motion to Decertify/Disqualify") is GRANTED.

      Responses to the Motion to Decertify/Disqualify shall be due on August 24, 2016. Replies on the Motion to Decertify/Disqualify shall be due on August 31, 2016. The hearing on the Motion to Decertify/Disqualify shall take place on October 14, 2016. If the Court finds the motion suitable for disposition without oral argument, it will notify the parties in advance of the hearing date.

      IT IS SO ORDERED.

Dated: __August 1, 2016_____

_____
Jeffrey S. White
United States District Judge

---

1

CASE NO. 4:13-cv-01171-JSW

[PROPOSED] ORDER GRANTING THE MONEYMUTUAL DEF.'S AND WILLIAMS' ADMIN. MOTION TO ENLARGE TIME AND CHANGE HEARING DATE ON DEF.'S MOTION TO DECERTIFY THE CLASS AND/OR DISQUALIFY