**LAKESHORE LAW CENTER**
Jeffrey Wilens, Esq. (State Bar No. 120371)
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
714-854-7205
714-854-7206 (fax)
jeff@lakeshorelaw.org

**THE SPENCER LAW FIRM**
Jeffrey P. Spencer, Esq. (State Bar No. 182440)
903 Calle Amanecer, Suite 220
San Clemente, CA 92673
949-240-8595
949-240-8515 (fax)
jps@spencerlaw.net

Attorneys for Plaintiffs
Sean Gilbert, Kimberly Bilbrew, and Keeya Malone

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>                    Defendants. | Case No. 13-cv-01171-JSW<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(A)(1); [PROPOSED] ORDER**<br><br>Date Action Filed:   February 11, 2013 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT Plaintiffs Sean Gilbert, Kimberly Bilbrew, and Keeya Malone (collectively "Plaintiffs") hereby voluntary dismiss all claims against David A. Johnson ("Johnson"), Kirk Chewning ("Chewning"), and Vector Capital VI LP ("Vector") with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

On April 8, 2015, the Court granted Johnson's motion to compel arbitration and stayed these proceedings as to Johnson pending the outcome of the arbitration proceedings. ECF No. 186. On April 9, 2015, Plaintiffs, Chewning, and Vector stipulated that the Court's ruling on Johnson's motion to compel arbitration was binding as to Plaintiffs' claims against Chewning and Vector, and on April 10, 2015, the Court stayed these proceedings as to Chewning and Vector pending the outcome of the arbitration proceedings. ECF No. 187. On June 4, 2015, the Court stayed Plaintiff Malone's claims against Johnson, Chewning, and Vector for ninety (90) days. ECF No. 201. This stay has been extended multiple times since that date. ECF Nos. 217, 243, 315.

Plaintiffs Gilbert and Bilbrew pursued arbitrations against Johnson, Chewning, and Vector before the International Chamber of Commerce ("ICC"), with Nathan O'Malley as the appointed arbitrator. On May 13, 2016, Mr. O'Malley issued partial awards in the arbitrations pertaining to Plaintiffs Gilbert and Bilbrew, finding that the arbitration and class action waiver provisions in their loan agreements were valid and enforceable. In November 2016, Plaintiffs Gilbert and Bilbrew agreed to settle their individual claims against Johnson, Chewning, and Vector. On January 24, 2017, the settlement was finalized, and on February 1, 2017, Plaintiffs Gilbert and Bilbrew dismissed the arbitration proceedings before the ICC.

Therefore, Plaintiffs Gilbert, Bilbrew, and Malone now hereby voluntarily dismiss with prejudice all claims asserted in this action against Johnson, Chewning, and Vector, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its attorneys' fees and costs.

Dated: February 19, 2017        By /s/ Jeffrey Wilens
                                   Jeffrey Wilens
                                   Jeffrey Spencer

                                Attorneys for Plaintiffs Sean Gilbert, Kimberly
                                Bilbrew, and Keeya Malone

1  IT IS SO ORDERED.

2

3  Dated:  February 22, 2017                              _____
                                                          The Honorable Jeffrey S. White
4                                                         United States District Judge