# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN L. GILBERT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MONEYMUTUAL, LLC, et al.,<br><br>Defendants. | Case No. 13-cv-01171-JSW<br><br>**ORDER TO DEFENDANTS TO SHOW CAUSE WHY COURT SHOULD CONSIDER OBJECTIONS TO EVIDENCE**<br><br>Dkt. No. 424 |

On August 18, 2017, Defendants filed their reply in support of their motion for summary judgment. Defendants also filed objections to the evidence submitted by Plaintiffs. Under Northern District Civil Local Rule 7-3(c), "[a]ny evidentiary and procedural objections to the opposition must be contained within the reply brief or memorandum." Defendants did not comply with that rule. Accordingly, the Court HEREBY ORDERS Defendants to show cause why the Court should consider the objections. Defendants' response to this Order to Show Cause shall be due by August 25, 2017.

**IT IS SO ORDERED.**

Dated: August 21, 2017

_____
JEFFREY S. WHITE
United States District Judge